

# View Paycheck

Anthony Romero

| | | | |
|---|---|---|---|
| **Company:** | | **Net Pay:** | $1,976.05 |
| The Children's Hospital Assoc | | **Pay Begin Date:** | 12/14/2008 |
| **Address:** | | **Pay End Date:** | 12/27/2008 |
| 13123 E. 16th Avenue | | **Check Date:** | 01/02/2009 |
| Aurora, CO 80045 | | | |

Review the details of your paycheck. To view other checks, select  View a Different Paycheck

## General

| Name: | Anthony A Romero II | Business Unit: | ISTC |
|---|---|---|---|
| Employee ID: | 100346 | Pay Group: | Hospital BiWeekly |
| Address: | 9800 W Wagon Trail Dr | Department: | 1007400 - Information Services |
| | Denver, CO 80123 | Location: | Administration Pavillion |
| | | Job Title: | Help Desk Support Tech |
| | | Pay Rate: | $2,056.56 Biweekly |

## Tax Data

| Fed Marital Status: | Married | CO Marital Status: | Married |
|---|---|---|---|
| Fed Allowances: | 3 | CO Allowances: | 3 |
| Fed Addl Percent: | 0.000 | CO Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | CO Addl Amount: | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,595.39 | 2,524.39 | 519.77 | 99.57 | 1,976.05 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 75.25 | 25.707120 | 1,934.46 |
| Overtime | 6.25 | 29.158773 | 251.79 |
| Nights | 47.25 | 5.250000 | 248.06 |
| PTO Sched | 4.00 | 25.707120 | 102.83 |
| WkDiff | 19.00 | 1.750000 | 33.25 |
| Opt Out $ | | | 25.00 |
| **Total:** | **151.75** | | **2,595.39** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 238.66 |
| Fed MED/EE | 36.60 |
| Fed OASDI/EE | 156.51 |
| CO Withholdng | 86.00 |
| CO Withholdng | 2.00 |
| **Total:** | **519.77** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Delta Den | 21.00 |
| Flex HC | 25.00 |
| **Total:** | **46.00** |

### After Tax Deductions

| Description | Amount |
|---|---|
| Cafeteria | 7.66 |
| LN Loan 1 | 22.62 |
| Parking | 7.00 |
| Life 4x | 15.09 |
| Dep Life | 1.20 |
| **Total:** | **53.57** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| Delta Den | 20.81 |
| Basic Life | 1.78 |
| LTD | 7.53 |
| *Taxable | |
| **Total:** | **30.12** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 842090 | Savings | 000001020085 | 1,976.05 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

# LEAVE AND EARNINGS STATEMENT

```
DELORIS GALLOWAY
MS-1321 OFC OF SECRETARY
ORG-CDE 602664361                PAY PERIOD:  26    ENDING DATE:  2008-12-20    12.30.08
18TH AND C STREET, NW
WASHINGTON DC 20240
```

## REISSUE

```
            NET PAY              ROMERO, MARIA E
                                 9800 W WAGON TRAIL DRIVE
                                 LITTLETON              CO 80123
    $      1503.37

    TO:      BANK

    NAME:  PACIFIC MARINE CREDIT UNI

                          EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.


                     CURRENT P/P         ADJUSTMENTS      TOTAL
***DESCRIPTION***   HRS     AMOUNT      HRS    AMOUNT      YTD          ***BASIC INFORMATION***

EARNINGS/OTHER PAY                                                      SSN            XXX-XX-0848
  REG $22.98 PH    80.00   $1838.41                                     PAY-PLN/GR/ST    GS/08/04
GROSS PAY                  $1838.41                      $49418.32      SALARY - (PA)      $47968
                                                                        SCD (LEAVE)      98-05-07
DEDUCTIONS                                                              FLSA CLASS     NON-EXEMPT
  RETIREMENT FERS  .8%       $14.71                        $381.98      CUM RET AGNCY    $1826.80
  OASDI           6.2%      $104.88                       $2827.25      TSP (AMT/PCT)         0%
  MEDICARE        1.45%      $24.53                        $661.21
  FEDERAL TAXES                $17.23                     $4549.98
    MARRIED / 9  EXEMPT/   0 EXTRA                                      **YTD TAXABLE EARNINGS**
  STATE TAXES      CO        $11.00                       $1009.00
    MARRIED / 9  EXEMPT/   0 EXTRA                                      FEDERAL          $45600.89
  HLTH INS-PRE     652      $146.83                       $3817.43      STATE    CO      $45600.89
  FEGLI-REG                   $7.50                        $194.85
  FEGLI-OTH                   $8.85                        $229.95
  THRIFT LOAN    XXXXX02-R   $50.00
  THRIFT LOAN    XXXXX04-G   $19.51
  MISC OFFSET POD                              $70.00-     $70.00-
TOTAL DEDUCTIONS            $405.04           $70.00-   $13601.65


    ***AGENCY CONTRIBUTIONS***        **CHECK MAILING ADDRESS**
     ITEM          P/P       YTD

FERS            $205.90   $5346.77
OASDI           $104.88   $2827.25
MEDICARE         $24.53    $661.21
FEGLI INS         $3.75     $97.43      ***W-2 MAILING ADDRESS***
HLTH INS        $329.30   $8554.39     9800 W WAGON TRAIL DRIVE
TSP SAV BASIC    $18.38    $477.29     LITTLETON           CO 80123


LEAVE CAT LVYR  BEGIN      ACCRD           USD                 BAL      PROJ     MAX    USE/
TYPE   (6) C/O  PP BAL   PP     YTD      PP     YTD    ADV    AVAIL    YR END    C/O    LOSE

ANN       14.00   2.15  10.00  154.00   5.15  161.00           7.00     6.00   240.00
SICK              2.45   4.00  100.00   6.45  100.00
CREDIT     2.45   0.15          66.30          69.00           0.15
TM OFF           12.00          36.00          24.00          12.00
FM FRD          451.30                         28.30         451.30             480.00
ADMIN                                   1.00    5.15


FOR W-2 PURPOSES, PLEASE VERIFY THAT YOUR TAX INFORMATION AND YOUR MAILING ADDRESS ARE CORRECT.
REMARKS/MESSAGES: PAY/LEAVE QUESTIONS? CALL PAYROLL HOTLINE (303) 969-7732; FROM HOME 1-800-662-4324
```

# LEAVE AND EARNINGS STATEMENT

DELORIS GALLOWAY
MS-1321 OFC OF SECRETARY
ORG-CDE 602664361
18TH AND C STREET, NW
WASHINGTON DC 20240

PAY PERIOD: 01   ENDING DATE: 2009-01-03   1.13.09

## REISSUE

**NET PAY**

$   1433.38

TO:    BANK

NAME:  PACIFIC MARINE CREDIT UNI

ROMERO, MARIA E
9800 W WAGON TRAIL DRIVE
LITTLETON            CO 80123

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

|  | CURRENT P/P | | ADJUSTMENTS | | TOTAL | | |
|---|---|---|---|---|---|---|---|
| ***DESCRIPTION*** | HRS | AMOUNT | HRS | AMOUNT | YTD | ***BASIC INFORMATION*** | |
| EARNINGS/OTHER PAY | | | | | | SSN | XXX-XX-0848 |
| REG $22.98 PH | 80.00 | $1838.40 | | | | PAY-PLN/GR/ST | GS/08/04 |
| GROSS PAY | | $1838.40 | | | $1838.40 | SALARY – (PA) | $47968 |
| | | | | | | SCD (LEAVE) | 98-05-07 |
| DEDUCTIONS | | | | | | FLSA CLASS | NON-EXEMPT |
| RETIREMENT FERS | .8% | $14.71 | | | $14.71 | CUM RET AGNCY | $1841.51 |
| OASDI | 6.2% | $104.87 | | | $104.87 | TSP (AMT/PCT) | 0% |
| MEDICARE | 1.45% | $24.52 | | | $24.52 | | |
| FEDERAL TAXES | | $17.23 | | | $17.23 | | |
| MARRIED / 9 | EXEMPT/ | 0 EXTRA | | | | **YTD TAXABLE EARNINGS** | |
| STATE TAXES | CO | $11.00 | | | $11.00 | | |
| MARRIED / 9 | EXEMPT/ | 0 EXTRA | | | | FEDERAL | $1691.57 |
| HLTH INS-PRE | 652 | $146.83 | | | $146.83 | STATE  CO | $1691.57 |
| FEGLI-REG | | $7.50 | | | $7.50 | | |
| FEGLI-OTH | | $8.85 | | | $8.85 | | |
| THRIFT LOAN | XXXXX02-R | $50.00 | | | | | |
| THRIFT LOAN | XXXXX04-G | $19.51 | | | | | |
| TOTAL DEDUCTIONS | | $405.02 | | | $335.51 | | |

| ***AGENCY CONTRIBUTIONS*** | | | **CHECK MAILING ADDRESS** |
|---|---|---|---|
| ITEM | P/P | YTD | |
| FERS | $205.90 | $205.90 | |
| OASDI | $104.87 | $104.87 | |
| MEDICARE | $24.52 | $24.52 | |
| FEGLI INS | $3.75 | $3.75 | ***W-2 MAILING ADDRESS*** |
| HLTH INS | $329.30 | $329.30 | 9800 W WAGON TRAIL DRIVE |
| TSP SAV BASIC | $18.38 | $18.38 | LITTLETON       CO 80123 |

| LEAVE | CAT | LVYR | BEGIN | ACCRD | | USD | | | BAL | PROJ | MAX | USE/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | (6) | C/O | PP BAL | PP | YTD | PP | YTD | ADV | AVAIL | YR END | C/O | LOSE |
| ANN | 14.00 | 7.00 | | 6.00 | 160.00 | 12.00 | 173.00 | | 1.00 | | 240.00 | |
| SICK | | | | 4.00 | 104.00 | 4.00 | 104.00 | | | | | |
| CREDIT | 2.45 | 0.15 | | 1.15 | 67.45 | | 69.00 | | 1.30 | | | |
| TM OFF | | 12.00 | | | 36.00 | | 24.00 | | 12.00 | | | |
| FM FRD | | 451.30 | | | | 4.00 | 32.30 | | 447.30 | | 480.00 | |
| ADMIN | | | | | | | 5.15 | | | | | |

REMARKS/MESSAGES: PAY/LEAVE QUESTIONS? CALL PAYROLL HOTLINE (303) 969-7732; FROM HOME 1-800-662-4324

# LEAVE AND EARNINGS STATEMENT

DELORIS GALLOWAY
MS-1321 OFC OF SECRETARY
ORG-CDE 602664361
18TH AND C STREET, NW
WASHINGTON DC 20240

PAY PERIOD: 02   ENDING DATE: 2009-01-17   1.27.09

## REISSUE

```
          NET PAY                    ROMERO, MARIA E
                                     9800 W WAGON TRAIL DRIVE
                                     LITTLETON          CO 80123
     $     1387.26

     TO:    BANK

     NAME:  PACIFIC MARINE CREDIT UNI
```

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

```
                    CURRENT P/P          ADJUSTMENTS      TOTAL
***DESCRIPTION***   HRS     AMOUNT       HRS   AMOUNT     YTD         ***BASIC INFORMATION***

EARNINGS/OTHER PAY                                                    SSN            XXX-XX-0848
  REG $23.85 PH   80.00   $1908.00                                    PAY-PLN/GR/ST  GS/08/04
GROSS PAY                 $1908.00                       $3746.40     SALARY - (PA)  $49767
                                                                      SCD (LEAVE)    98-05-07
DEDUCTIONS                                                            FLSA CLASS     NON-EXEMPT
  RETIREMENT FERS  .8%      $15.26                       $29.97       CUM RET AGNCY  $1856.77
  OASDI           6.2%     $110.05                       $214.92      TSP (AMT/PCT)  0%
  MEDICARE        1.45%     $25.74                       $50.26
  FEDERAL TAXES             $105.18                      $122.41
    MARRIED  / 4  EXEMPT/  0 EXTRA                                    **YTD TAXABLE EARNINGS**
  STATE TAXES     CO        $45.00                       $56.00
    MARRIED  / 4  EXEMPT/  0 EXTRA                                    FEDERAL        $3466.52
  HLTH INS-PRE    652       $133.05                      $279.88      STATE    CO    $3466.52
  FEGLI-REG                 $7.80                        $15.30
  FEGLI-OTH                 $9.15                        $18.00
  THRIFT LOAN     XXXXX02-R $50.00
  THRIFT LOAN     XXXXX04-G $19.51
TOTAL DEDUCTIONS            $520.74                      $786.74
```

```
***AGENCY CONTRIBUTIONS***           **CHECK MAILING ADDRESS**
  ITEM           P/P      YTD

FERS          $213.70   $419.60
OASDI         $110.05   $214.92
MEDICARE       $25.74    $50.26
FEGLI INS       $3.90     $7.65    ***W-2 MAILING ADDRESS***
HLTH INS      $352.56   $681.86    9800 W WAGON TRAIL DRIVE
TSP SAV BASIC  $19.08    $37.46    LITTLETON          CO 80123
```

```
LEAVE CAT LVYR  BEGIN     ACCRD         USD             BAL      PROJ     MAX     USE/
TYPE  (6)  C/O  PP BAL   PP     YTD    PP    YTD   ADV  AVAIL    YR END   C/O     LOSE

ANN       1.00  1.00    6.00   6.00   7.00  7.00                 154.00   240.00
SICK                    4.00   4.00                     4.00
CREDIT    1.30  1.30                  1.00  1.00        0.30
TM OFF   12.00  12.00                 8.00  8.00        4.00
```

PAY ADJUSTMENT PROCESSED THIS PAY PERIOD
**REMARKS/MESSAGES: PAY/LEAVE QUESTIONS? CALL PAYROLL HOTLINE (303) 969-7732; FROM HOME 1-800-662-4324**

## LEAVE AND EARNINGS STATEMENT

```
DELORIS GALLOWAY
MS-1321 OFC OF SECRETARY
ORG-CDE 602664361                  PAY PERIOD: 03   ENDING DATE: 2009-01-31    2.10.09
18TH AND C STREET, NW
WASHINGTON DC 20240
```

## REISSUE

```
          NET PAY              ROMERO, MARIA E
                               9800 W WAGON TRAIL DRIVE
                               LITTLETON           CO 80123
    $      1306.08

    TO:    BANK

    NAME:  PACIFIC MARINE CREDIT UNI
```

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

```
                         CURRENT P/P          ADJUSTMENTS       TOTAL
***DESCRIPTION***      HRS     AMOUNT      HRS      AMOUNT      YTD         ***BASIC INFORMATION***

EARNINGS/OTHER PAY                                                          SSN             XXX-XX-0848
  REG $23.85 PH       80.00   $1908.00                                      PAY-PLN/GR/ST   GS/08/04
GROSS PAY                     $1908.00                         $5654.40     SALARY - (PA)      $49767
                                                                            SCD (LEAVE)     98-05-07
DEDUCTIONS                                                                  FLSA CLASS      NON-EXEMPT
  RETIREMENT FERS   .8%         $15.26                          $45.23      CUM RET AGNCY   $1872.03
  OASDI             6.2%       $110.05                         $324.97      TSP (AMT/PCT)         0%
  MEDICARE          1.45%       $25.74                          $76.00
  FEDERAL TAXES                $168.36                         $290.77
    MARRIED  / 1   EXEMPT/  0 EXTRA                                         **YTD TAXABLE EARNINGS**
  STATE TAXES        CO         $63.00                         $119.00
    MARRIED  / 1   EXEMPT/  0 EXTRA                                         FEDERAL         $5241.47
  HLTH INS-PRE       652       $133.05                         $412.93      STATE     CO    $5241.47
  FEGLI-REG                      $7.80                          $23.10
  FEGLI-OTH                      $9.15                          $27.15
  THRIFT LOAN      XXXXX02-R    $50.00
  THRIFT LOAN      XXXXX04-G    $19.51
TOTAL DEDUCTIONS               $601.92                        $1319.15
```

```
    ***AGENCY CONTRIBUTIONS***          **CHECK MAILING ADDRESS**
       ITEM          P/P       YTD

FERS              $213.70    $633.30
OASDI             $110.05    $324.97
MEDICARE           $25.74     $76.00
FEGLI INS           $3.90     $11.55      ***W-2 MAILING ADDRESS***
HLTH INS          $352.56   $1034.42     9800 W WAGON TRAIL DRIVE
TSP SAV BASIC      $19.08     $56.54     LITTLETON          CO 80123
```

```
LEAVE CAT LVYR  BEGIN       ACCRD           USD                BAL       PROJ      MAX     USE/
TYPE  (6)  C/O  PP BAL    PP     YTD     PP     YTD    ADV    AVAIL     YR END    C/O     LOSE

ANN        1.00            6.00  12.00   1.00   8.00           5.00     148.00   240.00
SICK              4.00     4.00   8.00   3.00   3.00           5.00
CREDIT     1.30   0.30                          1.00           0.30
TM OFF    12.00   4.00                          8.00           4.00
```

PLEASE REVIEW YOUR LES PROMPTLY AND THOROUGHLY. IF YOU THINK YOUR PAY IS IN ERROR, NOTIFY YOUR
PAYROLL CONTACT IMMEDIATELY. OVERPAYMENTS MAY CAUSE TAX IMPLICATIONS IF NOT REPAID THIS YEAR.
**REMARKS/MESSAGES: PAY/LEAVE QUESTIONS? CALL PAYROLL HOTLINE (303) 969-7732; FROM HOME 1-800-662-4324**

# LEAVE AND EARNINGS STATEMENT

DELORIS GALLOWAY
MS-1321 OFC OF SECRETARY
ORG-CDE 602664361
18TH AND C STREET, NW
WASHINGTON DC 20240

PAY PERIOD: 04    ENDING DATE: 2009-02-14        2.24.09

## REISSUE

```
              NET PAY                      ROMERO, MARIA E
                                           9800 W WAGON TRAIL DRIVE
                                           LITTLETON         CO 80123
    $      1306.10

    TO:       BANK

    NAME:  FIRSTBANK OF SOUTH JEFFCO
```

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

```
                         CURRENT P/P        ADJUSTMENTS      TOTAL
***DESCRIPTION***      HRS     AMOUNT      HRS    AMOUNT      YTD         ***BASIC INFORMATION***

EARNINGS/OTHER PAY                                                        SSN              XXX-XX-0848
  REG $23.85 PH      80.00   $1908.00                                     PAY-PLN/GR/ST     GS/08/04
GROSS PAY                    $1908.00                       $7562.40      SALARY - (PA)       $49767
                                                                          SCD (LEAVE)       98-05-07
DEDUCTIONS                                                                FLSA CLASS       NON-EXEMPT
  RETIREMENT FERS    .8%       $15.26                         $60.49      CUM RET AGNCY    $1887.29
  OASDI              6.2%     $110.04                        $435.01      TSP (AMT/PCT)          0%
  MEDICARE           1.45%     $25.73                        $101.73
  FEDERAL TAXES               $168.36                        $459.13
    MARRIED  / 1   EXEMPT/  0 EXTRA                                       **YTD TAXABLE EARNINGS**
  STATE TAXES        CO        $63.00                        $182.00
    MARRIED  / 1   EXEMPT/  0 EXTRA                                       FEDERAL           $7016.42
  HLTH INS-PRE       652      $133.05                        $545.98      STATE      CO     $7016.42
  FEGLI-REG                     $7.80                         $30.90
  FEGLI-OTH                     $9.15                         $36.30
  THRIFT LOAN      XXXXX02-R   $50.00
  THRIFT LOAN      XXXXX04-G   $19.51
TOTAL DEDUCTIONS              $601.90                       $1851.54
```

```
    ***AGENCY CONTRIBUTIONS***          **CHECK MAILING ADDRESS**
    ITEM         P/P       YTD

FERS           $213.70   $847.00
OASDI          $110.04   $435.01
MEDICARE        $25.73   $101.73
FEGLI INS        $3.90    $15.45       ***W-2 MAILING ADDRESS***
HLTH INS       $352.56  $1386.98       9800 W WAGON TRAIL DRIVE
TSP SAV BASIC   $19.08    $75.62       LITTLETON         CO 80123
```

```
LEAVE  CAT LVYR  BEGIN      ACCRD           USD              BAL      PROJ     MAX    USE/
TYPE   (6) C/O   PP BAL    PP     YTD     PP    YTD    ADV   AVAIL   YR END    C/O    LOSE

ANN        1.00   5.00    6.00   18.00         8.00          11.00   142.00   240.00
SICK              5.00    4.00   12.00   8.00 11.00           1.00
CREDIT     1.30   0.30    3.30    3.30   3.00  4.00           1.00
TM OFF    12.00   4.00                         8.00           4.00
```

REMARKS/MESSAGES: PAY/LEAVE QUESTIONS? CALL PAYROLL HOTLINE (303) 969-7732; FROM HOME 1-800-662-4324



## View Paycheck

Anthony Romero

| | |
|---|---|
| **Net Pay:** | $1,554.16 |
| **Pay Begin Date:** | 12/28/2008 |
| **Pay End Date:** | 01/10/2009 |
| **Check Date:** | 01/16/2009 |

Company: The Children's Hospital Assoc
Address: 13123 E. 16th Avenue
Aurora, CO 80045

Review the details of your paycheck. To view other checks, select  View a Different Paycheck

### General

| | | | |
|---|---|---|---|
| **Name:** | Anthony A Romero II | **Business Unit:** | ISTC |
| **Employee ID:** | 100346 | **Pay Group:** | Hospital BiWeekly |
| **Address:** | 9800 W Wagon Trail Dr | **Department:** | 1007400 - Information Services |
| | Denver, CO 80123 | **Location:** | Administration Pavillion |
| | | **Job Title:** | Help Desk Support Tech |
| | | **Pay Rate:** | $2,056.56 Biweekly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CO Marital Status:** | Married |
| **Fed Allowances:** | 1 | **CO Allowances:** | 1 |
| **Fed Addl Percent:** | 0.000 | **CO Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CO Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,081.57 | 2,010.57 | 431.52 | 95.89 | 1,554.16 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 69.25 | 25.707120 | 1,780.22 |
| PTO Unsch | 8.00 | 25.707120 | 205.66 |
| PTO Sched | 2.75 | 25.707120 | 70.69 |
| Opt Out $ | | | 25.00 |
| **Total:** | **80.00** | | **2,081.57** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 203.70 |
| Fed MED/EE | 29.16 |
| Fed OASDI/EE | 124.66 |
| CO Withholdng | 74.00 |
| **Total:** | **431.52** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Delta Den | 21.00 |
| Flex HC | 25.00 |
| **Total:** | **46.00** |

### After Tax Deductions

| Description | Amount |
|---|---|
| Cafeteria | 3.98 |
| LN Loan 1 | 22.62 |
| Parking | 7.00 |
| Life 4x | 15.09 |
| Dep Life | 1.20 |
| **Total:** | **49.89** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| Delta Den | 20.81 |
| Basic Life | 1.78 |
| LTD | 7.53 |
| *Taxable | |
| **Total:** | **30.12** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 845536 | Savings | 000001020085 | 1,554.16 |



HR EXPRESS

## View Paycheck

Anthony Romero

**Net Pay:** $1,686.00

**Company:** The Children's Hospital Assoc
**Address:** 13123 E. 16th Avenue, Aurora, CO 80045

**Pay Begin Date:** 01/11/2009
**Pay End Date:** 01/24/2009
**Check Date:** 01/30/2009

Review the details of your paycheck. To view other checks, select View a Different Paycheck

### General

| | | | |
|---|---|---|---|
| Name: | Anthony A Romero II | Business Unit: | ISTC |
| Employee ID: | 100346 | Pay Group: | Hospital BiWeekly |
| Address: | 9800 W Wagon Trail Dr, Denver, CO 80123 | Department: | 1007400 - Information Services |
| | | Location: | Administration Pavillion |
| | | Job Title: | Help Desk Support Tech |
| | | Pay Rate: | $2,056.56 Biweekly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | CO Marital Status: | Married |
| Fed Allowances: | 1 | CO Allowances: | 1 |
| Fed Addl Percent: | 0.000 | CO Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | CO Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,223.66 | 2,223.66 | 489.76 | 47.90 | 1,686.00 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 79.75 | 25.707120 | 2,050.14 |
| Overtime | 4.50 | 38.560680 | 173.52 |
| Total: | 84.25 | | 2,223.66 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 235.66 |
| Fed MED/EE | 32.24 |
| Fed OASDI/EE | 137.86 |
| CO Withholdng | 84.00 |
| Total: | 489.76 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After-Tax Deductions

| Description | Amount |
|---|---|
| Cafeteria | 18.28 |
| LN Loan 1 | 22.62 |
| Parking | 7.00 |
| Total: | 47.90 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| *Taxable | |
| Total: | |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 849016 | Savings | 000001020085 | 1,686.00 |



# View Paycheck

Anthony Romero

**Company:** The Children's Hospital Assoc
**Address:** 13123 E. 16th Avenue
Aurora, CO 80045

**Net Pay:** $586.69
**Pay Begin Date:** 01/11/2009
**Pay End Date:** 01/24/2009
**Check Date:** 01/30/2009

Review the details of your paycheck. To view other checks, select  View a Different Paycheck

## General

| | | | |
|---|---|---|---|
| Name: | Anthony A Romero II | Business Unit: | ISTC |
| Employee ID: | 100346 | Pay Group: | Hospital BiWeekly |
| Address: | 9800 W Wagon Trail Dr  Denver, CO 80123 | Department: | 1007400 - Information Services |
| | | Location: | Administration Pavillion |
| | | Job Title: | Help Desk Support Tech |
| | | Pay Rate: | $2,056.56  Biweekly |

## Tax Data

| | | | | |
|---|---|---|---|---|
| Fed Marital Status: | Married | CO Marital Status: | Married | |
| Fed Allowances: | 1 | CO Allowances: | 1 | |
| Fed Addl Percent: | 0.000 | CO Addl Percent: | 0.000 | |
| Fed Addl Amount: | $0.00 | CO Addl Amount: | $0.00 | |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 934.96 | 934.96 | 348.27 | 0.00 | 586.69 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Bonus | | | 934.96 |
| Total: | | | 934.96 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 233.74 |
| Fed MED/EE | 13.56 |
| Fed OASDI/EE | 57.97 |
| CO Withholdng | 43.00 |
| Total: | 348.27 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| * Taxable | |
| Total: | |

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Check | 372226 | Issue Check | | 586.69 |



HR EXPRESS

## View Paycheck

Anthony Romero

**Company:** The Children's Hospital Assoc  
**Address:** 13123 E. 16th Avenue  
Aurora, CO 80045

**Net Pay:** $1,653.86  
**Pay Begin Date:** 01/25/2009  
**Pay End Date:** 02/07/2009  
**Check Date:** 02/13/2009

Review the details of your paycheck. To view other checks, select    View a Different Paycheck

### General

| | |
|---|---|
| **Name:** | Anthony A Romero II |
| **Employee ID:** | 100346 |
| **Address:** | 9800 W Wagon Trail Dr, Denver, CO 80123 |
| **Business Unit:** | ISTC |
| **Pay Group:** | Hospital BiWeekly |
| **Department:** | 1007400 - Information Services |
| **Location:** | Administration Pavillion |
| **Job Title:** | Help Desk Support Tech |
| **Pay Rate:** | $2,056.56 Biweekly |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CO Marital Status:** | Married |
| **Fed Allowances:** | 1 | **CO Allowances:** | 1 |
| **Fed Addl Percent:** | 0.000 | **CO Addl Percent:** | 0.000 |
| **Fed Addl Amount:** | $0.00 | **CO Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,229.39 | 2,158.39 | 473.98 | 101.55 | 1,653.86 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 69.75 | 25.707120 | 1,793.07 |
| PTO Sched | 8.00 | 25.707120 | 205.66 |
| PTO Unsch | 8.00 | 25.707120 | 205.66 |
| Opt Out $ | | | 25.00 |
| **Total:** | **85.75** | | **2,229.39** |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 225.87 |
| Fed MED/EE | 31.29 |
| Fed OASDI/EE | 133.82 |
| CO Withholdng | 81.00 |
| CO Withholdng | 2.00 |
| **Total:** | **473.98** |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Delta Den | 21.00 |
| Flex HC | 25.00 |
| **Total:** | **46.00** |

### After Tax Deductions

| Description | Amount |
|---|---|
| Cafeteria | 9.64 |
| LN Loan 1 | 22.62 |
| Parking | 7.00 |
| Life 4x | 15.09 |
| Dep Life | 1.20 |
| **Total:** | **55.55** |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| Delta Den | 20.81 |
| Basic Life | 1.78 |
| LTD | 7.53 |
| * Taxable | |
| **Total:** | **30.12** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 852484 | Savings | 000001020085 | 1,653.86 |