UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Anthony Romero and Maria Romero
    Debtor(s)

Case No.: 09-13729-MER
Chapter: 13

Notice of Deficiency
Omission of Information

This Notice refers to the following document filed with the court on : 3/10/2009
By : Matthew Aguero

- As of the date of this Notice the Debtor(s) has/have failed to submit, or electronically filed (per Third Amended GPO 2001-8), the Statement of Social Security Number ( Form 21) as required by Fed.R.Bankr.P.1007(f) and Amended General Procedure Order 2003-4.

DEFICIENCY CURE DATE: 3/25/2009

FOR THE COURT:
Bradford L. Bolton, Clerk

s/ Ellena Trujillo
Deputy Clerk

Dated  3/11/2009

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE
CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE
COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re _____       BANKRUPTCY NO. _____

_____              CHAPTER _____

_____
Debtor(s).

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (Last, First, Middle)

   _____

   Check the appropriate box and, if applicable, provide the required information.

   ☐   Debtor has a Social Security Number and it is: _____

   ☐   Debtor does not have a Social Security Number.

2. Name of Joint Debtor (Last, First, Middle)

   _____

   Check the appropriate box and, if applicable, provide the required information.

   ☐   Joint Debtor has a Social Security Number and it is: _____

   ☐   Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: _____            Date: _____
              (Debtor)

Signed: _____            Date: _____
              (Joint Debtor)

Official Form 21