UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Anthony Romero and Maria Romero
    Debtor(s)

Case No.: 09-13729-MER
Chapter: 13

Notice of Deficiency
Omission of Information

This Notice refers to the following document filed with the court on : 3/10/2009
By : Matthew Aguero

- As of the date of this Notice the Debtor(s) has/have failed to submit, or electronically filed (per Third Amended GPO 2001-8), the Statement of Social Security Number ( Form 21) as required by Fed.R.Bankr.P.1007(f) and Amended General Procedure Order 2003-4.

DEFICIENCY CURE DATE: 3/25/2009

FOR THE COURT:
Bradford L. Bolton, Clerk

s/ Ellena Trujillo
    Deputy Clerk

Dated  3/11/2009

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE
CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE
COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re _____

_____
Debtor(s).

BANKRUPTCY NO. _____

CHAPTER _____

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (Last, First, Middle)

   _____

   Check the appropriate box and, if applicable, provide the required information.

   ☐   Debtor has a Social Security Number and it is: _____

   ☐   Debtor does not have a Social Security Number.

2. Name of Joint Debtor (Last, First, Middle)

   _____

   Check the appropriate box and, if applicable, provide the required information.

   ☐   Joint Debtor has a Social Security Number and it is: _____

   ☐   Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: _____        Date: _____
             (Debtor)

Signed: _____        Date: _____
             (Joint Debtor)

Official Form 21

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: trujilloe          Page 1 of 1              Date Rcvd: Mar 11, 2009
Case: 09-13729                Form ID: pdf906          Total Served: 1
```

The following entities were served by first class mail on Mar 13, 2009.
db/db          +Anthony Romero, II,   Maria Romero,   9800 W. Wagon Trail Dr.,   Denver, CO 80123-7606

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2009**                    **Signature:**   *Joseph Speetjens*