UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

ANTHONY ROMERO, II,
MARIA ROMERO,
Debtors.

Bankruptcy No. 09-13729 MER
Chapter 13

## REQUEST TO RECEIVE NOTICES

PLEASE TAKE NOTICE that HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON ARMT 2005-1 (hereinafter "Creditor") by and through its attorneys, CASTLE MEINHOLD & STAWIARSKI, LLC, requests, pursuant to Sections 102(1), 342 of the Bankruptcy Code, and Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices and all papers including orders and notices of any application, motion, petition, pleading, request, complaint or demand (1) which affect or seek to affect in any way any rights or interests of Creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by creditor, required to be served in this case, be served upon the following:

CASTLE MEINHOLD & STAWIARSKI, LLC
999 18th Street, Suite 2201
Denver, CO 80202
Attn: Britney Beall-Eder, Esq.

DATED: March 22, 2009

CASTLE MEINHOLD & STAWIARSKI, LLC

_/s/ Catherine_

Deanna L. Westfall, #23449
Britney Beall-Eder, #34935
Jeremy Peck, #36588
Katharine E. Fisher #39230
Attorneys for Movant
999 18th Street, Suite 2201
Denver, CO 80202
(303) 865-1440
(303) 865-1410 (facsimile)

ATTORNEYS FOR HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST
BOSTON ARMT 2005-1

File No 08-22331

In re:
ANTHONY ROMERO, II AND MARIA ROMERO

Case No.     09-13729 MER

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on _____3/23/09_____, the foregoing **REQUEST TO RECEIVE NOTICES** was placed in the United States mail, first class postage prepaid, addressed to the following:

Anthony Romero, II
9800 W. Wagon Trail Dr.
Denver, CO 80123

Maria Romero
9800 W. Wagon Trail Dr.
Denver, CO 80123

Matthew Aguero
P.O. Box 621940
Littleton, CO 80162

Sally J. Zeman
P.O. Box 1169
Denver, CO 80201

_____
Eri Smith

File No. 08-22331