UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                    Bankruptcy No. 09-13729 MER
                                                          Chapter 13
ANTHONY ROMERO, II,
MARIA ROMERO,
Debtors.

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON ARMT 2005-1 ("Creditor"), through its attorneys, CASTLE MEINHOLD & STAWIARSKI, LLC, requests, pursuant to 11 U.S.C. §§102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices and all papers including orders and notices of any application, motion, petition, pleading, request, complaint or demand (1) which affect or seek to affect in any way any rights or interests of Creditor with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by creditor, required to be served in this case, be served upon the following:

CASTLE MEINHOLD & STAWIARSKI, LLC
999 18th Street, Suite 2201
Denver, CO  80202
Attn:  Britney Beall-Eder, Esq.

DATED: April 3, 2009

                                    CASTLE MEINHOLD & STAWIARSKI, LLC

                                    /s/ Britney
                                    Deanna L. Westfall, #23449
                                    Britney Beall-Eder, #34935
                                    Jeremy Peck, #36588
                                    Katharine E. Fisher #39230
                                    Attorneys for Movant
                                    999 18th Street, Suite 2201
                                    Denver, CO  80202
                                    303-865-1440
                                    (303) 865-1410 (facsimile)

                                    ATTORNEYS FOR HSBC BANK USA, NATIONAL
                                    ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST
                                    BOSTON ARMT 2005-1

File No. 08-22331

In re:
ANTHONY ROMERO, II,
MARIA ROMERO,,

Case No.     09-13729 MER

### CERTIFICATE OF MAILING

The undersigned does hereby certify that on ____4/3/09____, the foregoing **ENTRY OF APPEARANCE** was placed in the United States mail, first class postage prepaid, addressed to the following:

Anthony Romero, II
9800 W. Wagon Trail Dr.
Denver, CO 80123

Maria Romero
9800 W. Wagon Trail Dr.
Denver, CO 80123

Matthew Aguero
P.O. Box 621940
Littleton, CO 80162

Sally J. Zeman
The Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

File No. 08-22331