UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
                                CHAPTER 13  
                                CASE:  09-13729 MER

ANTHONY ROMERO II  
MARIA ROMERO

        DEBTOR(s).

---

### OBJECTION TO MOTION TO CONFIRM CHAPTER 13 PLAN

---

       The Standing Chapter 13 Trustee hereby files her Objection to Motion to Confirm Chapter 13 Plan and as grounds therefore states as follows:

       1.    Debtors' plan fails to provide for the minimum distribution to Class 4 claims as required by the Form B22C.  11 U.S.C. § 1325(b)(3).  The Trustee objects to the followi9ng entry on Debtors' Form 22C:

Line 30 should be $1,300.08.

With this change, Line 59 of Debtors' Form 22C would show monthly disposable income $896.30.  Thus, Debtor's plan should provide for Class 4 claims to receive a minimum of $52,178.00 ((896.30 multiplied by 60 months) minus $1,600.00 of unpaid attorney fees and costs).  Debtor's plan proposes to pay Class 4 claims only $10,028.00.

       2.    Debtor Wife's gross income is under stated on Schedule I.  Debtor Wife's pay stubs show that Debtor Wife is a salaried employee earning $1,838.41 every two-weeks.

       3.    The Trustee reserves the right to report on the Debtor(s) payment history at the hearing on her Objection and to supplement her objection following the 341(a) meeting of creditors.

       WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

       April 16, 2009

                                        Respectfully submitted,

                                        /s/  William R. Lambert
                                        William R. Lambert #18882
                                        Attorney for Chapter 13 Trustee
                                        P.O. Box 1169
                                        Denver, CO 80201
                                        (303) 830-1971
                                        (303) 830-1973 Fax

## CERTIFICATE OF MAILING

     I hereby certify that a true and correct copy of the above Objection to Motion to Confirm Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on   April 16, 2009   addressed as follows:

Anthony Romero II and
Maria Romero
9800 W. Wagon Trail Dr.
Denver, CO  80123

Mathew Aguero
P.O. Box 621940
Littleton, CO  80162

 /s/    William R. Lambert
Chapter 13 Trustee Staff Member