**IN THE BANKRUPTCY COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF CO\*\*DENVER**

| | |
|---|---|
| **IN THE MATTER OF:** ROMERO II, ANTHONY<br>**SSN:** ###-##-0536 | **BANKRUPTCY CASE NO. 0913729MER**<br>**POC AMOUNT:** $13,884.11<br>Claims #3 & #4 |

**NOTICE OF ASSIGNMENT OF CLAIM**
**AND**
**TRANSFEREE NOTICE OF TRANSFER**
**OF PAYMENTS**

Educational Credit Management Corporation (ECMC), the "Transferee", does hereby give notice to the Court that it has accepted assignment and transfer of the student loan(s) included in the claim for the above-referenced debtor from the CALIFORNIA STUDENT AID COMMISSION.

Please direct all future payments and correspondence as follows:

| **Correspondence:** | **Payments:** |
|---|---|
| ECMC<br>PO Box 75906<br>St. Paul, MN 55175 | ECMC<br>Lockbox 8682<br>P.O. Box 75848<br>St. Paul, MN  55175-0848 |

Pursuant to the attached Assignment from CALIFORNIA STUDENT AID COMMISSION, the Transferor, notification and hearing has been waived with respect to this Notice of Assignment of Claim to ECMC pursuant to Bankruptcy Rule 3001.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION

By: /s/  Anderson, Jodi                                             4/27/2009
ECMC Representative                                               Date

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO | PROOF OF CLAIM |
|---|---|

| Name of Debtor: ANTHONYAROMERO II | Case Number: 09-13729 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Wells Fargo Bank NA on Behalf of CSAC

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
CSAC PO Box 419037
Rancho Cordova,CA 95741

Telephone number: (800) 367-1589

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: 0536

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Other_____
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #:____
  Unpaid compensation for services performed
  From _____ to _____
  (date)        (date)

**2. Date debt was incurred:** 01/11/2008

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 10,742.23

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate          ☐ Other_____
☐ Motor Vehicle

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 10,742.23 _____ _____ 10,742.23
(unsecured) (secured) (priority) (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 03/30/2009 | /s/Tina Birath Bankruptcy Processor |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO | PROOF OF CLAIM |
|---|---|

| Name of Debtor: ANTHONY A ROMERO II | Case Number: 09-13729 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Wells Fargo Bank NA on Behalf of CSAC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: CSAC PO Box 419037 Rancho Cordova, CA 95741 Telephone number: (800) 367-1589 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: 0536 | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated:_____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Other_____
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #:____
  Unpaid compensation for services performed
  From _____ to _____
  (date)         (date)

**2. Date debt was incurred:** 02/06/2009

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 3,141.88

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Other_____
☐ Motor Vehicle

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ 3,141.88 _____ _____ 3,141.88
  (unsecured)   (secured)   (priority)   (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 03/30/2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/Tina Birath Bankruptcy Processor |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

 

**DATE:** April 16, 2009,                    **CYCLE:** 04/15/09

5/2009

Sue Rehak
Educational Credit Management Corporation
American Bank Building
101 East Fifth Street, Suite 2400
Saint Paul, MN  55101

Dear Sue:

In accord with the agreement of the transfer of all active assets, promissory notes, affected by active bankruptcy actions, I hereby on behalf of the California Student Aid Commission (CSAC) do render the following assignment:

**The California Student Aid Commission (CSAC) hereby assigns to the Educational Credit Management Corporation, Inc. (ECMC) its rights, title, and interest in those student loans listed in the enclosure to this letter.**

**The California Student Aid Commission (CSAC) hereby specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.**

Sincerely,

Tracy Roberts,
Manager, Claim Adjudication Unit
EdFund

For ECMC Internal use only