## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Anthony A. Romero II<br>Maria E. Romero<br><br>Debtor(s). | Case No.: 09-13729 MER<br><br>Chapter 13 |

### CERTIFICATE RE: MEET AND CONFER

Debtor(s), by and through undersigned counsel, Cohen & Cohen, P.C., hereby certify that the debtor and all parties objecting to confirmation have met and conferred regarding the following:

1. The Debtor has met and conferred with the objecting parties.

2. The Debtors agree with Paragraph 2 of the Trustee's objection.

3. The Debtors and the Trustee are still conferring regarding Paragraph 1 of the Trustee's objection and hope to have the issue resolved by the Confirmation Hearing.

Dated this  6th  day of May, 2009.

*/s/ Matthew Aguero*

_____
Matthew B. Aguero, #40405
Cohen & Cohen, P.C.
P.O. Box 621940
Littleton, CO 80162
303-933-4529
maguero@cohenlawyers.com