UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

| Date: | **May 11, 2009** | Honorable Michael E. Romero, Presiding |
|---|---|---|

In re: **Anthony Romero, II and Maria Romero**  
Case No. 09-13729-MER  
**Chapter 13**  
Debtors.

| | Appearances | | |
|---|---|---|---|
| Trustee | **Standing Chapter 13 Trustee** | Counsel | **William R. Lambert** |
| Debtor | | Counsel | **Matthew Aguero** |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

**Proceedings:**   **Confirmation hearing.**   [ X ] Evidentiary

[X] Offer of Proof   [ ] Exhibits entered/admitted (see attached list)  
[ ] Witnesses Sworn (see attached list)

**Orders:**

[X] Confirmation of the Debtors' Chapter 13 plan dated March 10, 2009 is DENIED. All pending objections are deemed moot. Any party desiring to object to a future plan must file a new objection.

[X] The Debtors are ordered to file, on or before May 26, 2009, an amended Chapter 13 plan with a notice to the Chapter 13 Trustee and any adversely affected parties, which (a) establishes the deadline of June 22, 2009, for the filing of objections to confirmation; and (b) schedules a hearing regarding plan confirmation for June 29, 2009, at 10:15 a.m. in Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

[X] Failing to file the amended plan, notice and a certificate of service by the above date shall establish cause for dismissal of the within case. If the confirmation hearing involves a contested factual issue requiring the presentation of evidence, the hearing will be used as a status and scheduling conference at which time the Court will set dates for a final evidentiary hearing and for the exchange of witness and exhibit lists. If no objections are received to the Debtors' amended Chapter 13 Plan, the Debtors shall file a verification in compliance with Transitional Local Bankruptcy Rule 3015-1(f)(1) (Verification of Confirmable Plan). If such verification is filed on or before two (2) court days before the scheduled hearing, the matter will be reviewed for confirmation and the hearing may be vacated. Absent the filing of a verification and entry of the order confirming the plan, Debtors' counsel is required to appear at the confirmation hearing. This *Minutes of Proceeding* shall constitute the order of the Court and no further order shall enter.

Date: **May 11, 2009**   FOR THE COURT:  
*Bradford L. Bolton, Clerk*

By: *Leigh Flanagan*