

America's Servicing Company
3476 Stateview Blvd.
Fort Mill, SC 29715

April 13, 2009

SALLY ZEMAN
PO BOX 1169
DENVER, CO  80201

Ladies and Gentlemen:

RE:  Payment Change (post-petition/current payment)
   Loan Number: 106/XXXXXX1309  Case Number: 0913729
   Mortgagor Name: Anthony A Romero II
   Co-Mortgagor Name: Maria E Romero
   Property Address: 9800 W Wagon Trl Dr
            Denver CO 80123

Upon review of the above account, it has become necessary to adjust the post-position mortgage payment to reflect the most recent escrow disbursement and/or ARM adjustment.  Effective with the 06/01/09 payment, the new monthly payment amount will be $1,177.83.

A detailed notification of this change was previously sent to the mortgagor.  If you have any questions, please call our Bankruptcy Customer Service department at (800)662-3806.

Sincerely,

Bankruptcy Department
cc: ANTHONY A ROMERO II
    File

                                    Signature   /S/ Shikara L. Day



America's Servicing Company
3476 Stateview Blvd.
Fort Mill, SC 29715

## CERTIFICATE OF SERVICE

I, <u>Shikara L. Day</u>, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before May 13, 2008.

The filing of this document does not replace any affirmative duty to provide notice of the document to parties in interest.  The filing of this notice is provided for information purposes and does not constitute a demand for payment.

**Chapter 13 Trustee**
SALLY ZEMAN
CHAPTER 13 TRUSTEE
PO BOX 1169
DENVER  CO  80201

**Debtor's Attorney**
MATTHEW AGUERO
P.O. BOX 621940
LITTLETON, CO 80162

**Debtor**
ANTHONY A ROMERO II
MARIA E ROMERO
9800 W WAGON TRL DR
DENVER CO 80123

/s/ Shikara L. Day_____
Shikara L. Day
Wells Fargo Home Mortgage
Bankruptcy Loan Specialist
Phone Number: 803-396-6759
Email address:shikara.l.day@wellfargo.com
3476 Stateview Blvd
Fort Mill, SC 29715