## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Anthony A. Romero<br>Maria E. Romero<br><br>Debtor(s). | Case No.: 09-13729 MER<br><br>Chapter 13 |

_____

### VERIFICATION OF CONFIRMABLE PLAN
_____

COMES NOW the Debtor(s), Anthony & Maria Romero, by and through the undersigned counsel, Cohen & Cohen, P.C., hereby submit their Verification of Confirmable Plan Pursuant to T.L.B.R. 3015-1, and in support thereof, state as follows:

1. The PACER docket numbers for the applicable plan now pending, confirmation, and certificates of service filed related to the plan are:  22;

2. There are no outstanding objections to the plan to be confirmed, and the plan may be confirmed on the consent calendar without further notice or hearing;

3. The Debtor(s) have paid all amounts required to be paid under domestic support obligations that became payable after the date of the filing of the petition or the Debtor(s) have no domestic support obligations;

4. The Debtor(s) have filed all tax returns required under 11. U.S.C. §1308;

5. All statements in the plan to be confirmed are true and correct and the plan contains sufficient facts to allow confirmation;

6. The debtor(s) (or the Court, as applicable), have provided appropriate notice of the plan and any amendments serving them as required under T.L.B.R. 3015-1, Fed.R.Bankr.P. 2002(b), 9014 and 7004, and 11 U.S.C. § 342(e) and (f);

Dated this  23rd  day of June, 2009

_____
Matthew B. Aguero, #40405
Robertson B. Cohen, #35252
Cohen & Cohen, P.C.
P.O. Box 621940
Littleton, CO 80162
303-933-4529
maguero@cohenlawyers.com