# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Anthony A. Romero<br>Maria E. Romero<br><br>   Debtor(s).<br><br>Address:<br>9800 W Wagon Trail Dr.<br>Denver, CO 80123 | Case No.: 09-13729 MER<br><br>Chapter 13 |

_____

### VERIFICATION OF CONFIRMABLE PLAN PURSUANT TO T.L.B.R. 3015(f)
_____

The Debtor hereby verifies the following:

1. The Pacer docket number for the applicable plan now pending confirmation is <u>22</u>.

2. The Debtor is substantially current (less than 30 days in arrears) with plan payments to the Chapter 13 Trustee.

3. There were no objections filed, or any objections to the plan to be confirmed have been withdrawn by the creditor in writing or otherwise overruled by the Court, and the plan may be confirmed on the consent calendar without further notice or hearing.

4. The Debtor has no domestic support obligations **OR** the Debtor has paid all amounts required to be paid under domestic support obligations that became payable after the date of the filing of the petition.

5. The Debtor has filed all tax returns required under 11 U.S.C. § 1308.

6. All statements in the plan to be confirmed are true and correct and the plan contains sufficient facts to allow confirmation.

7. The Court has provided notice of the initial plan to the parties listed by the Debtor on the mailing matrix **OR** the Debtor has provided appropriate notice of the initial plan and any amendments by serving them as required under T.L.B.R. 3015-1, FED. R. BANKR. P. 2002(b), 9014 and 7004, and 11 U.S.C. § 342(e) and (f), or as otherwise ordered by the Court.

WHEREFORE, the Debtor(s) request(s) that the Court enter an Order confirming the plan.

Respectfully submitted this  24th  day of June, 2009

_____
Robertson B. Cohen, #35252
Cohen & Cohen, P.C.
P.O. Box 621940
Littleton, CO 80162
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
rcohen@cohenlawyers.com