(COB #225 voconf13planbapcpa)(06/07)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Michael E. Romero

In re:

    Anthony Romero II
    Maria Romero

Debtor(s)

Case No.: 09−13729−MER
Chapter: 13

SSN/TID Nos.   xxx−xx−0536
              xxx−xx−0848

**ORDER CONFIRMING *AMENDED* CHAPTER 13 PLAN**

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING:

That the Plan complies with Chapter 13 and all other applicable provisions of Title 11, United States Code;

That any fee, charge, or amount required under Chapter 123 of Title 28, United States Code, or by the Plan, to be paid before confirmation has been paid;

That the action of the debtor(s) in filing the petition was in good faith;

That the Plan has been proposed in good faith and not by any means forbidden by law;

That the value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7 of Title 11, United States Code on such date;

That the Plan complies with the provisions of 11 U.S.C. §1325(a)(5) as to holders of secured claims.

**IT IS ORDERED:**

**The Debtor(s)' *AMENDED* Chapter 13 Plan filed 5/26/09 (Docket #22) is confirmed;**

The Debtor(s) shall make payments in accordance with the terms of the Plan.

Creditors holding liens on property which the Plan specifies is to be surrendered by the Debtor(s) are hereby granted relief from the stay imposed by 11 U.S.C. §362 and may enforce their rights in and to said property.

The assumption of executory contracts on the terms stated in the Plan is approved. If the plan provides for the rejection of an executory contract or unexpired lease, the party to the rejected executory contract or lease shall file a proof of claim within 30 days of the date of the entry of this Order, failing which the claim may be barred.

This order binds those creditors and parties in interest that have been served in accordance with applicable rules.

**IT IS FURTHER ORDERED that any hearing on confirmation is VACATED.**

Dated: 6/25/09                                            BY THE COURT:

                                                              s/ Michael E. Romero
                                                              United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: fitzpatri            Page 1 of 1         Date Rcvd: Jun 25, 2009
Case: 09-13729                Form ID: 225               Total Noticed: 2

The following entities were noticed by first class mail on Jun 27, 2009.
db/db       +Anthony Romero, II,   Maria Romero,   9800 W. Wagon Trail Dr.,   Denver, CO 80123-7606
smg        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  IRS,   600 17th St.,   Stop 5027 DEN,   Denver, CO  80202)

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2009**                    **Signature:** _Joseph Speetjens_