## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

Anthony A. Romero II
Maria E. Romero

Case No.: 09-13729 MER

Chapter 13

Debtor(s).

## CHAPTER 13 FEE APPLICATION

### SUMMARY

Pursuant to 11 U.S.C. § 330, Applicant, <u>Cohen & Cohen, P.C.</u>, attorney for the Debtor(s), requests allowance of the following fees and reimbursement of out-of-pocket expenses incurred up to the date of confirmation as follows:

1. TOTAL FEES REQUESTED in this application..............   $4000.00

2. TOTAL EXPENSES REQUESTED in this application.........  + $0.00

   (Total Fees and Expenses Requested)  = $4000.00

3. AMOUNT PAID TO DATE (exclusive of the filing fee)     – $1500.00

4. **NET** AMOUNT OF FEES AND EXPENSES TO BE PAID THROUGH CONFIRMED PLAN NOT TO EXCEED AMOUNT FUNDED BY THE PLAN

   = $2500.00

### DETAIL IN SUPPORT OF FEE REQUEST

### FEES

Amount of fee Applicant agreed to with Debtor(s) for performing services to represent the Debtor in this case:
(amount disclosed in 2016(b) disclosure)..........................$3000.00

A. This agreed upon fee represents:
   (1)___ a flat fee for all basic services in the case
   (2)_✓_ hourly charges based upon time spent.
   (3)___ other fee arrangement based upon_____.

     B. Applicant's rate for attorney services is $<u>175       </u>/ hour; the rate for associate attorney services is $<u>175    </u>/ hour; and the rate for paralegal services is $<u>75     </u>/ hour.

### EXPENSES

Amount of expenses incurred:

| | |
|---|---|
| ____ copies (at ____/copy) | $<u>No Charge</u> |
| Postage | $<u>0.00</u> |
| Facsimile | $<u>No Charge</u> |
| Legal Research | $<u>No Charge</u> |
| Credit Report | $<u>Already Paid by Client</u> |
| Filing Fee | $<u>Already Paid by Client</u> |
| | **Total:** $<u>0.00</u> |

### APPLICANT'S CERTIFICATIONS
### IN SUPPORT OF REQUEST FOR PRESUMPTIVELY REASONABLE FEE
### PURSUANT TO ¶ 4a OF G.P.O. 2007-2.

**APPLICANT CERTIFIES/ATTESTS THAT:**

     1. I have performed **ALL** of the Basic Services listed in <u>Exhibit A</u> to General Order 2007-2 (Basic Services) as necessary and appropriate to the Debtor(s)' case.

     2. I provided a copy of <u>Exhibit A</u>, Basic Services, to General Order 2007-2 to my client(s).

     3. The foregoing is true and accurate.

### EXHIBIT B SUPPLEMENT

### APPLICANT'S CERTIFICATIONS
### IN SUPPORT OF SUPPLEMENTED REQUEST FOR FEES
### PURSUANT TO ¶ 4b OF G.P.O. 2007-2.

**APPLICANT CERTIFIES/ATTESTS THAT:**

     1. ____ I have not performed the following services listed on <u>Exhibit A</u> to General Order 2007-2 (Basic Services) for the fee requested and a copy of the Engagement Letter and/or Fee Agreement is attached hereto.

     2. <u>X</u>  I am requesting a fee for services which exceeds the presumptive fee amount.

     3. Attached to this Application are:
(a)     A narrative description of services performed such as results achieved, difficulties

    encountered or any other unique aspects of the case and discussing the standards of §330(a);
(b) Detailed time records which includes:
    (i) the **TIME SPENT** for each service rendered, broken out in tenths of an hour;
    (ii) the **HOURLY RATE** for each service rendered;
    (iii) the **CHARGE** for each service so rendered; and
(c) Such other information as I believe is necessary to support my request for fees.

DATED, this 7th day of July, 2009.

                Respectfully submitted,
                Cohen & Cohen, P.C.

                _____
                Matthew B. Aguero #40405
                Robertson B. Cohen, #35252
                Cohen & Cohen, P.C.
                P.O. Box 621940
                Littleton, CO 80-162
                303-933.4529
                maguero@cohenlawyers.com

EXHIBIT B

## Cohen & Cohen, P.C.
### All Time for Selected File:
Romero, Anthony & Maria
Client ID: 1204
Matter ID: 01

| Date | Timekeeper | Activity & Description | Time (hours) | Rate ($) | Time ($) |
|---|---|---|---|---|---|
| FriJan 9, 2009 | MA | initial consult | 1.10 | 175 | 192.5 |
| FriJan 9, 2009 | MA | File set up | 0.40 | 175 | 70 |
| MonJan 12, 2009 | ME | Ross Colbern, Primary Financial. called to verify | 0.10 | 75 | 7.5 |
| MonFeb 9, 2009 | MA | Answer email RE: Summons | 0.10 | 175 | 17.5 |
| TueFeb 10, 2009 | MA | Replying to client email re: student loan payments, summons | 0.60 | 175 | 105 |
| ThuFeb 19, 2009 | MA | rr client email re: taxes | 0.10 | 175 | 17.5 |
| FriFeb 20, 2009 | MA | rr client email re: timeline and questions regarding filing | 0.10 | 175 | 17.5 |
| FriFeb 27, 2009 | MA | TC from client re: filing before court date | 0.40 | 175 | 70 |
| MonMar 2, 2009 | ME | input pay stubs in ez filing | 0.50 | 75 | 37.5 |
| MonMar 2, 2009 | MA | 1st Drafting Consult | 3.00 | 175 | 525 |
| TueMar 3, 2009 | MA | rr email from client re: liabilities and settlement offers | 0.10 | 175 | 17.5 |
| ThuMar 5, 2009 | MA | Adding real property to EZ file; getting value for home | 0.30 | 175 | 52.5 |
| MonMar 9, 2009 | MA | Chapter 13 Plan | 1.00 | 175 | 175 |
| TueMar 10, 2009 | MA | Post Filing Letter | 0.30 | 175 | 52.5 |
| TueMar 10, 2009 | MA | sent taxes to tt, set tickles for case | 0.30 | 175 | 52.5 |
| TueMar 10, 2009 | MA | Faxed emergency BK notices to opposing counsel | 0.30 | 175 | 52.5 |
| TueMar 10, 2009 | MA | Editing EZ File/Filing case | 0.80 | 175 | 140 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| WedMar 11, 2009 | MA | rr client email re where to send plan payment and bk notice to court/ rr client email re petition corrections | 0.30 | 175 | 52.5 |
| TueMar 17, 2009 | MA | rr client email re: court documents | 0.10 | 175 | 17.5 |
| TueMar 31, 2009 | MA | rr client email re: letter from tt | 0.20 | 175 | 35 |
| WedApr 8, 2009 | MA | receive and save court docs: EOA | 0.10 | 175 | 17.5 |
| MonApr 13, 2009 | ME | Rcvd ltr from Castle Meinhold with EOA, scanned and saved | 0.10 | 75 | 7.5 |
| ThuApr 16, 2009 | MA | Making changes per TT objection | 0.30 | 175 | 52.5 |
| ThuApr 16, 2009 | MA | receiving and saving objection to confirmation from TT | 0.20 | 175 | 35 |
| FriApr 17, 2009 | MA | Requesting O&E | 0.10 | 175 | 17.5 |
| MonApr 20, 2009 | MA | Email re: O&E for client's property | 0.10 | 175 | 17.5 |
| MonApr 20, 2009 | MA | Email re: Dress for 341 | 0.10 | 175 | 17.5 |
| TueApr 21, 2009 | MA | 341 | 1.00 | 175 | 175 |
| FriApr 24, 2009 | ME | rcvd post filing cc cert for Anthony, saved | 0.10 | 75 | 7.5 |
| FriApr 24, 2009 | MA | Email to TT re meet and confer | 0.40 | 175 | 70 |
| MonApr 27, 2009 | MA | TC to OC re: Lien filed after BK | 0.10 | 175 | 17.5 |
| MonApr 27, 2009 | MA | receive and save notice of assignment of claim | 0.10 | 175 | 17.5 |
| MonApr 27, 2009 | MA | TC to TT re: Meet and confer | 0.10 | 175 | 17.5 |
| TueApr 28, 2009 | MA | email to client re: O & E | 0.10 | 175 | 17.5 |
| WedApr 29, 2009 | MA | TC re: O&E; lien void | 0.20 | 175 | 35 |
| ThuApr 30, 2009 | MA | Email to client re: lien removal | 0.10 | 175 | 17.5 |
| FriMay 1, 2009 | MA | TC with clietn re: Motion to Avoid | 0.10 | 175 | 17.5 |
| FriMay 1, 2009 | MA | Drafting Motion to Avoid Lien | 0.20 | 175 | 35 |
| FriMay 1, 2009 | MA | Research 522(f) auto stay violation | 0.20 | 175 | 35 |

| Date | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mon May 4, 2009 | MA | TC to Jan Westman (OC) re: removing lien | 0.40 | 175 | 70 |
| Tue May 5, 2009 | MA | meet and confer with April Norton | 0.40 | 175 | 70 |
| Wed May 6, 2009 | MA | Certificate of Information | 0.40 | 175 | 70 |
| Thu May 7, 2009 | MA | TC with client re: plan payment | 0.60 | 175 | 105 |
| Thu May 7, 2009 | MA | TC with Jan Westman re: releasing lien | 0.20 | 175 | 35 |
| Thu May 7, 2009 | MA | TC with client re: $650 plan payment | 0.20 | 175 | 35 |
| Mon May 11, 2009 | MA | TC with client re: confirmation hearing | 0.20 | 175 | 35 |
| Mon May 11, 2009 | MA | Confirmation Hearing | 1.10 | 175 | 192.5 |
| Mon May 18, 2009 | MA | rr client email re: Amending Plan | 0.30 | 175 | 52.5 |
| Mon May 18, 2009 | MA | Email to client re: Amending Plan and payment | 0.40 | 175 | 70 |
| Tue May 19, 2009 | MA | Email to April re: Amended Plan and proposed pymnt | 0.20 | 175 | 35 |
| Wed May 20, 2009 | MA | rr client email re: Amending Plan | 0.10 | 175 | 17.5 |
| Thu May 21, 2009 | MA | Recieve and save Roundup Funding POC | 0.10 | 175 | 17.5 |
| Thu May 21, 2009 | MA | Amending Plan | 0.50 | 175 | 87.5 |
| Tue May 26, 2009 | MA | rr client email re: Amended plan/hours spent | 0.40 | 175 | 70 |
| Tue May 26, 2009 | MA | Sending Amended Plan to client for reveiw | 0.20 | 175 | 35 |
| Wed May 27, 2009 | MA | rr client email re: timeline after amending plan | 0.20 | 175 | 35 |
| Fri May 29, 2009 | ME | rcvd fax from Dan Marchamnd, pritned and saved | 0.10 | 75 | 7.5 |
| Mon Jun 1, 2009 | MA | Obtaining Court docket and drafting letter to OC re stay violations | 0.70 | 175 | 122.5 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MonJun 1, 2009 | MA | Sending Order Granting motion to avoid lein | 0.30 | 175 | 52.5 |
| TueJun 2, 2009 | MA | Drafting letter to OC re: removing lien | 0.90 | 175 | 157.5 |
| TueJun 23, 2009 | MA | Filing Verification of Confirmable plan | 0.20 | 175 | 35 |
| WedJun 24, 2009 | MA | Filing Amended verification of confirmable plan | 0.20 | 175 | 35 |
| ThuJun 25, 2009 | MA | Sent confirmation letter | 0.20 | 175 | 35 |
| WedJul 1, 2009 | ME | rcvd Letter from Westman, scanned and saved | 0.10 | 75 | 7.5 |
| ThuJul 2, 2009 | MA | receive and save POC's | 0.10 | 175 | 17.5 |
| MonJul 6, 2009 | MA | Prepare fee application | 1.00 | 175 | 175 |
|  |  |  | 23.50 |  | 4012.5 |

Fees Requested                                                              4000.00
Expenses Requested                                                                0
**Total Fees and Expenses**                                             **4000.00**
Less Amnt Pre-Paid (not incld FF or CR)                                       1500
**Total Fees and Expenses**                                             **2500.00**

**Net Fees & Expenes to Be Paid  Plan**                              **$2,500.00**