**EXHIBIT D**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: <br><br> Anthony A. Romero II <br> Maria E. Romero <br><br><br> Debtor(s). | Case No.: 09-13729 MER <br><br><br> Chapter 13 |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 202 OF CHAPTER 13 FEE APPLICATION**

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the undersigned counsel for the debtor has applied to this Court or is intending to file a Chapter 13 Fee Application requesting fees and expenses as follows:

Requested Fees: $4000.00

Requested Expenses: $0.00

A copy of the Chapter 13 Fee Application is attached.

Pursuant to General Procedure Order 2007-2, if you desire to oppose this action you must file a written objection and request for hearing with the Court on or before August 20th, 2009, which is thirty (30) days from the date of service of the Ch. 13 Fee Application. Objections and requests for hearings shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

If there is no objection, the Court may allow the fee as requested, order further supplementation or set the Application for hearing.

Dated this 8th day of July, 2009.

                                          Respectfully submitted,
                                          Cohen & Cohen, P.C.

*/s/ Matthew B. Aguero*

Matthew B. Aguero #40405
Robertson B. Cohen, #35252
Cohen & Cohen, P.C.
P.O. Box 621940
Littleton, CO 80162
303-933.4529
maguero@cohenlawyers.com