**EXHIBIT D**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Anthony A. Romero II<br>Maria E. Romero<br><br><br>     Debtor(s). | Case No.: 09-13729 MER<br><br><br>Chapter 13 |

**ORDER ALLOWING AND APPROVING FEES**

Cohen & Cohen, P.C., counsel for the Debtor, is allowed a fee for services herein of $4000.00 , and reimbursement of out-of-pocket expenses of $ 0.00 , (and the prepayment of fees and expenses in the amount of $1500.00 is approved) of which $2500.00 is payable out of plan payments.

Dated: _____

**BY THE COURT:**

_____
United States Bankruptcy Court Judge