UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                            CHAPTER 13
                                                  CASE NO. 09-13729 MER
ANTHONY ROMERO, II
MARIA ROMERO

          DEBTOR(S).

---

STANDING CHAPTER 13 TRUSTEE'S OBJECTION TO CHAPTER 13 FEE APPLICATION

---

The Standing Chapter 13 Trustee objects to Applicant's Chapter 13 Fee Application and in support thereof, states as follows:

1.      The Chapter 13 Fee Application is filed pursuant to General Order 2007-2 which applies to cases filed on or after January 1, 2007.

2.      The Trustee has reviewed the application, the 2016 disclosure, and the file.

3.      Applicant is requesting the Court enter an order approving $4,000.00 in attorney fees.

4.      Applicant's 2016 disclosure shows that Applicant agreed to represent Debtors for a flat fee of $3,000.00.  The Trustee requests that Applicant provide the Trustee with a copy of the original fee agreement with Debtors and all subsequent fee agreements entered into with Debtors.

WHEREFORE, the Trustee objects to the allowance of fees in excess of $3,000.00 and requests that the matter be set for hearing.

July 20, 2009

                                        Respectfully submitted,


                                         /s/  William R. Lambert
                                        William R. Lambert #18882
                                        Attorney for the Standing
                                        Chapter 13 Trustee
                                        P.O. Box 1169
                                        Denver, CO 80201
                                        (303) 830-1971
                                        (303) 830-1973 Fax

<u>CERTIFICATE OF MAILING</u>

I certify that a true and correct copy of the foregoing Standing Chapter 13 Trustee's Response to Chapter 13 Fee Application was placed in the U.S. mail, postage prepaid, on <u>July 20, 2009</u>, addressed as:

Matthew Aguero
P.O. Box 621940
Littleton, CO  80162


 /s/      William R. Lambert                                          
Chapter 13 Staff Member