210B (10/06)

# United States Bankruptcy Court

### District of Colorado
### Case No. 09-13729-MER
### Chapter 13

In re: Debtor(s) (including Name and Address)

Anthony Romero
9800 W. Wagon Trail Dr.
Denver CO 80123

Maria Romero
9800 W. Wagon Trail Dr.
Denver CO 80123

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim(s) listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/05/2009.

Name and Address of Alleged Transferor:

Claim No. 7: Wells Fargo Bank  NA, 4137 121st Street, Urbandale IA  50323

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/08/09

Bradford L. Bolton
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 1082-1        User: eckhardtc        Page 1 of 1              Date Rcvd: Aug 06, 2009
Case: 09-13729             Form ID: trc            Total Noticed: 1

The following entities were noticed by first class mail on Aug 08, 2009.
10843783      +Wells Fargo Bank  NA,   4137 121st Street,   Urbandale IA 50323-2310

The following entities were noticed by electronic transmission.
NONE.                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
   NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2009**                    **Signature:**    *Joseph Speetjens*