UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE: 09-13729 MER |
| ANTHONY ROMERO, II | |
| MARIA ROMERO | |
| DEBTOR(s). | |

RESPONDENT'S, CHAPTER 13 TRUSTEE, CERTIFICATE OF
CONTESTED MATTER AND REQUEST FOR HEARING

The Standing Chapter 13 Trustee, Sally J. Zeman, Respondent, has heretofore filed an objection or opposition to a pending motion pursuant to Local Bankruptcy Rule 202(c). Respondent hereby represents and shows the Court:

1. Service of the notice was made on the Respondent.

2. An objection to the motion/application has been made and filed. The objection refers to docket entry 27.

3. Resolution of this contested matter will require an evidentiary hearing. Respondent estimates the hearing will take __45__ minutes.

4. Respondent certifies that a good faith effort has been made to resolve this matter without the necessity of a hearing.

WHEREFORE, Respondent prays that the Court forthwith set this matter for hearing pursuant to L.B.R. 202(f)(1).

Dated: July 20, 2009

/s/ William R. Lambert
William R. Lambert #18882
Attorney for the Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201
(303) 830-1971
(303) 830-1973 Fax