UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

Anthony A. Romero II
Maria E. Romero

Case No.: 09-13729 MER

Chapter 13

Debtor(s).

## AMENDED CHAPTER 13 FEE APPLICATION

### SUMMARY

Pursuant to 11 U.S.C. § 330, Applicant, Cohen & Cohen, P.C., attorney for the Debtor(s), requests allowance of the following fees and reimbursement of out-of-pocket expenses incurred up to the date of confirmation as follows:

1. TOTAL FEES REQUESTED in this application.............. $4000.00

2. TOTAL EXPENSES REQUESTED in this application......... + $0.00

(Total Fees and Expenses Requested) = $4000.00

3. AMOUNT PAID TO DATE (exclusive of the filing fee)     − $1500.00
4. **NET** AMOUNT OF FEES AND EXPENSES TO BE PAID
THROUGH CONFIRMED PLAN NOT TO EXCEED AMOUNT
FUNDED BY THE PLAN
= $2500.00

### DETAIL IN SUPPORT OF FEE REQUEST

### FEES

Amount of fee Applicant agreed to with Debtor(s) for performing services to represent the Debtor in this case:

(amount disclosed in 2016(b) disclosure).........................$3000.00
(amount disclosed in amended 2016(b) disclosure)............$4000.00

A. This agreed upon fee represents:
  (1)___ a flat fee for all basic services in the case
  (2)_✓_ hourly charges based upon time spent.
  (3)___ other fee arrangement based upon_____.

B. Applicant's rate for attorney services is $<u>175         </u>/ hour; the rate for associate attorney services is $<u>175      </u>/ hour; and the rate for paralegal services is $<u>75        </u>/ hour.

## EXPENSES

Amount of expenses incurred:

| | |
|---|---|
| ____ copies (at ____/copy) | $<u>No Charge</u> |
| Postage | $<u>0.00</u> |
| Facsimile | $<u>No Charge</u> |
| Legal Research | $<u>No Charge</u> |
| Credit Report | $<u>Already Paid by Client</u> |
| Filing Fee | $<u>Already Paid by Client</u> |
| **Total:** | $<u>0.00</u> |

## APPLICANT'S CERTIFICATIONS
## IN SUPPORT OF REQUEST FOR PRESUMPTIVELY REASONABLE FEE
## PURSUANT TO ¶ 4a OF G.P.O. 2007-2.

**APPLICANT CERTIFIES/ATTESTS THAT:**

1. I have performed **ALL** of the Basic Services listed in <u>Exhibit A</u> to General Order 2007-2 (Basic Services) as necessary and appropriate to the Debtor(s)' case.

2. I provided a copy of <u>Exhibit A</u>, Basic Services, to General Order 2007-2 to my client(s).

3. The foregoing is true and accurate.

## EXHIBIT B SUPPLEMENT

## APPLICANT'S CERTIFICATIONS
## IN SUPPORT OF SUPPLEMENTED REQUEST FOR FEES
## PURSUANT TO ¶ 4b OF G.P.O. 2007-2.

**APPLICANT CERTIFIES/ATTESTS THAT:**

1. ____ I have not performed the following services listed on <u>Exhibit A</u> to General Order 2007-2 (Basic Services) for the fee requested and a copy of the Engagement Letter and/or Fee Agreement is attached hereto.

2. <u>X</u>  I am requesting a fee for services which exceeds the presumptive fee amount.

3. Attached to this Application are:
(a)     A narrative description of services performed such as results achieved, difficulties

        encountered or any other unique aspects of the case and discussing the standards of §330(a);
(b)    Detailed time records which includes:
        (i) the **TIME SPENT** for each service rendered, broken out in tenths of an hour;
        (ii) the **HOURLY RATE** for each service rendered;
        (iii) the **CHARGE** for each service so rendered; and
(c)    Such other information as I believe is necessary to support my request for fees.

DATED, this 4th day of November, 2009.

        Respectfully submitted,
        Cohen & Cohen, P.C.

        _____
        Matthew B. Aguero #40405
        Robertson B. Cohen, #35252
        Cohen & Cohen, P.C.
        P.O. Box 621940
        Littleton, CO 80-162
        303-933.4529
        maguero@cohenlawyers.com

**Narrative Description of Services Performed**
In re: Romero, Anthony II & Maria
Case No. 09-13729 HRT

Anthony and Maria Romero's case took additional time and attention for a number of reasons. First, the debtor's had a pending court date at the time of filing and it was a priority to get the case filed prior to that date. Because of this, the drafting process was accelerated and additional time was necessary to organize the required documents prior to filing. Also, after pulling an Ownership and Encumbrances report on the debtor's property, we found three liens which needed to be removed. Two of the liens were for a different Maria Romero and were removed immediately. One of the liens was erroneously placed on the property prior to the judgment being ordered. The opposing counsel responsible for this lien was very difficult to deal with and many hours were spent attempting to remove the lien which we successfully did.

Furthermore, there was an objection by the Trustee in this case. In negotiating with the Trustee, we were able to come to an acceptable plan payment, however, the debtor's had serious doubts about their ability to pay the amount requested by the Trustee and the process was much more time consuming than usual.

EXHIBIT B

## Cohen & Cohen, P.C.
### All Time for Selected File:
**Romero, Anthony & Maria**
Client ID: 1204
Matter ID: 01

| Date | Timekeeper | Activity & Description | Time (hours) | Rate ($) | Time ($) |
|---|---|---|---|---|---|
| Fri Jan 9, 2009 | MA | initial consult | 1.10 | 175 | 192.5 |
| Fri Jan 9, 2009 | MA | File set up | 0.40 | 175 | 70 |
| Mon Jan 12, 2009 | ME | Ross Colbern, Primary Financial. called to verify | 0.10 | 75 | 7.5 |
| Mon Feb 9, 2009 | MA | Answer email RE: Summons | 0.10 | 175 | 17.5 |
| Tue Feb 10, 2009 | MA | Replying to client email re: student loan payments, summons | 0.60 | 175 | 105 |
| Thu Feb 19, 2009 | MA | rr client email re: taxes | 0.10 | 175 | 17.5 |
| Fri Feb 20, 2009 | MA | rr client email re: timeline and questions regarding filing | 0.10 | 175 | 17.5 |
| Fri Feb 27, 2009 | MA | TC from client re: filing before court date | 0.40 | 175 | 70 |
| Mon Mar 2, 2009 | ME | input pay stubs in ez filing | 0.50 | 75 | 37.5 |
| Mon Mar 2, 2009 | MA | 1st Drafting Consult | 3.00 | 175 | 525 |
| Tue Mar 3, 2009 | MA | rr email from client re: liabilities and settlement offers | 0.10 | 175 | 17.5 |
| Thu Mar 5, 2009 | MA | Adding real property to EZ file; getting value for home | 0.30 | 175 | 52.5 |
| Mon Mar 9, 2009 | MA | Chapter 13 Plan | 1.00 | 175 | 175 |
| Tue Mar 10, 2009 | MA | Post Filing Letter | 0.30 | 175 | 52.5 |
| Tue Mar 10, 2009 | MA | sent taxes to tt, set tickles for case | 0.30 | 175 | 52.5 |
| Tue Mar 10, 2009 | MA | Faxed emergency BK notices to opposing counsel | 0.30 | 175 | 52.5 |
| Tue Mar 10, 2009 | MA | Editing EZ File/Filing case | 0.80 | 175 | 140 |

| Date | Who | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| WedMar 11, 2009 | MA | rr client email re where to send plan payment and bk notice to court/ rr client email re petition corrections | 0.30 | 175 | 52.5 |
| TueMar 17, 2009 | MA | rr client email re: court documents | 0.10 | 175 | 17.5 |
| TueMar 31, 2009 | MA | rr client email re: letter from tt | 0.20 | 175 | 35 |
| WedApr 8, 2009 | MA | receive and save court docs: EOA | 0.10 | 175 | 17.5 |
| MonApr 13, 2009 | ME | Rcvd ltr from Castle Meinhold with EOA, scanned and saved | 0.10 | 75 | 7.5 |
| ThuApr 16, 2009 | MA | Making changes per TT objection | 0.30 | 175 | 52.5 |
| ThuApr 16, 2009 | MA | receiving and saving objection to confirmation from TT | 0.20 | 175 | 35 |
| FriApr 17, 2009 | MA | Requesting O&E | 0.10 | 175 | 17.5 |
| MonApr 20, 2009 | MA | Email re: O&E for client's property | 0.10 | 175 | 17.5 |
| MonApr 20, 2009 | MA | Email re: Dress for 341 | 0.10 | 175 | 17.5 |
| TueApr 21, 2009 | MA | 341 | 1.00 | 175 | 175 |
| FriApr 24, 2009 | ME | rcvd post filing cc cert for Anthony, saved | 0.10 | 75 | 7.5 |
| FriApr 24, 2009 | MA | Email to TT re meet and confer | 0.40 | 175 | 70 |
| MonApr 27, 2009 | MA | TC to OC re: Lien filed after BK | 0.10 | 175 | 17.5 |
| MonApr 27, 2009 | MA | receive and save notice of assignment of claim | 0.10 | 175 | 17.5 |
| MonApr 27, 2009 | MA | TC to TT re: Meet and confer | 0.10 | 175 | 17.5 |
| TueApr 28, 2009 | MA | email to client re: O & E | 0.10 | 175 | 17.5 |
| WedApr 29, 2009 | MA | TC re: O&E; lien void | 0.20 | 175 | 35 |
| ThuApr 30, 2009 | MA | Email to client re: lien removal | 0.10 | 175 | 17.5 |
| FriMay 1, 2009 | MA | TC with clietn re: Motion to Avoid | 0.10 | 175 | 17.5 |
| FriMay 1, 2009 | MA | Drafting Motion to Avoid Lien | 0.20 | 175 | 35 |
| FriMay 1, 2009 | MA | Research 522(f) auto stay violation | 0.20 | 175 | 35 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mon May 4, 2009 | MA | TC to Jan Westman (OC) re: removing lien | 0.40 | 175 | 70 |
| Tue May 5, 2009 | MA | meet and confer with April Norton | 0.40 | 175 | 70 |
| Wed May 6, 2009 | MA | Certificate of Information | 0.40 | 175 | 70 |
| Thu May 7, 2009 | MA | TC with client re: plan payment | 0.60 | 175 | 105 |
| Thu May 7, 2009 | MA | TC with Jan Westman re: releasing lien | 0.20 | 175 | 35 |
| Thu May 7, 2009 | MA | TC with client re: $650 plan payment | 0.20 | 175 | 35 |
| Mon May 11, 2009 | MA | TC with client re: confirmation hearing | 0.20 | 175 | 35 |
| Mon May 11, 2009 | MA | Confirmation Hearing | 1.10 | 175 | 192.5 |
| Mon May 18, 2009 | MA | rr client email re: Amending Plan | 0.30 | 175 | 52.5 |
| Mon May 18, 2009 | MA | Email to client re: Amending Plan and payment | 0.40 | 175 | 70 |
| Tue May 19, 2009 | MA | Email to April re: Amended Plan and proposed pymnt | 0.20 | 175 | 35 |
| Wed May 20, 2009 | MA | rr client email re: Amending Plan | 0.10 | 175 | 17.5 |
| Thu May 21, 2009 | MA | Recieve and save Roundup Funding POC | 0.10 | 175 | 17.5 |
| Thu May 21, 2009 | MA | Amending Plan | 0.50 | 175 | 87.5 |
| Tue May 26, 2009 | MA | rr client email re: Amended plan/hours spent | 0.40 | 175 | 70 |
| Tue May 26, 2009 | MA | Sending Amended Plan to client for reveiw | 0.20 | 175 | 35 |
| Wed May 27, 2009 | MA | rr client email re: timeline after amending plan | 0.20 | 175 | 35 |
| Fri May 29, 2009 | ME | rcvd fax from Dan Marchamnd, pritned and saved | 0.10 | 75 | 7.5 |
| Mon Jun 1, 2009 | MA | Obtaining Court docket and drafting letter to OC re stay violations | 0.70 | 175 | 122.5 |

| Date | Who | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MonJun 1, 2009 | MA | Sending Order Granting motion to avoid lein | 0.30 | 175 | 52.5 |
| TueJun 2, 2009 | MA | Drafting letter to OC re: removing lien | 0.90 | 175 | 157.5 |
| TueJun 23, 2009 | MA | Filing Verification of Confirmable plan | 0.20 | 175 | 35 |
| WedJun 24, 2009 | MA | Filing Amended verification of confirmable plan | 0.20 | 175 | 35 |
| ThuJun 25, 2009 | MA | Sent confirmation letter | 0.20 | 175 | 35 |
| WedJul 1, 2009 | ME | rcvd Letter from Westman, scanned and saved | 0.10 | 75 | 7.5 |
| ThuJul 2, 2009 | MA | receive and save POC's | 0.10 | 175 | 17.5 |
| MonJul 6, 2009 | MA | Prepare fee application | 1.00 | 175 | 175 |
| | | | 23.50 | | 4012.5 |

| | |
|---|---|
| Fees Requested | 4000.00 |
| Expenses Requested | 0 |
| **Total Fees and Expenses** | **4000.00** |
| Less Amnt Pre-Paid (not incld FF or CR) | 1500 |
| **Total Fees and Expenses** | **2500.00** |

**Net Fees & Expenes to Be Paid  Plan**              $2,500.00