**EXHIBIT D**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Anthony A. Romero II<br>Maria E. Romero<br><br><br>      Debtor(s). | Case No.: 09-13729 MER<br><br><br>Chapter 13 |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 202 OF CHAPTER 13 FEE APPLICATION**

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the undersigned counsel for the debtor has applied to this Court or is intending to file a Chapter 13 Fee Application requesting fees and expenses as follows:

Requested Fees: $4000.00

Requested Expenses: $0.00

A copy of the Chapter 13 Fee Application is attached.

Pursuant to General Procedure Order 2007-2, if you desire to oppose this action you must file a written objection and request for hearing with the Court on or before December 5th, 2009, which is thirty (30) days from the date of service of the Ch. 13 Fee Application. Objections and requests for hearings shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

If there is no objection, the Court may allow the fee as requested, order further supplementation or set the Application for hearing.

Dated this 5th day of November, 2009.

                                          Respectfully submitted,
                                          Cohen & Cohen, P.C.

                                          */s/ Matt Aguero*

                                          Matthew B. Aguero #40405
                                          Robertson B. Cohen, #35252
                                          Cohen & Cohen, P.C.
                                          P.O. Box 621940
                                          Littleton, CO 80162
                                          303-933.4529
                                          maguero@cohenlawyers.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 23rd day of July, 2009 true and correct copies of this Notice Pursuant to Local Rule 202 of Debtor's Chapter 13 Fee Application and the Chapter 13 Fee Application were placed in the U.S. Mail, first class postage prepaid, addressed as follows:

Castle Meinhold & Stawiarski, LLC
999 18th St., Suite 2201
Denver, CO 80202

See Exhibit C

_____
*(person certifying service)*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 09-13729-MER<br>District of Colorado<br>Denver<br>Tue Jul  7 11:08:05 MDT 2009 | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2500 | Americas Servicing Co<br>7485 New Horizon Way<br>Frederick, MD 21703-8388 |
| Americas Servicing Co<br>ATTENTION:  BANKRUPTCY<br>1 Home Campus<br>Des Moines, IA 50328-0001 | (p)BELLCO CREDIT UNION<br>P O BOX 6611<br>GREENWOOD VILLAGE CO<br>80155-6611 | Credit Union Of Denver<br>9305 W Alameda Ave<br>Lakewood, CO 80226-2830 |
| Credit Union Of Denver<br>9305 W Alameda Par<br>Lakewood, CO 80226-2830 | ECMC<br>P.O. Box 75906<br>St. Paul, MN 55175-0906 | Encore Receivable Managment, Inc.<br>400 N Rogers Rd<br>P.O. Box 3330<br>Olathe, KS 66063-3330 |
| Gemb/jcp<br>ATTENTION:  BANKRUPTCY DEPARTMENT<br>Po Box 103106<br>Roswell, GA 30076-9106 | Gemb/jcp<br>Po Box 984100<br>El Paso, TX 79998-4100 | HSBC Bank USA, National Association, as Trus<br>3476 Stateview Blvd, MAC# X7801-013<br>Fort Mills, SC 29715-7203 |
| Pacific Marine Cu<br>M C Exchange Complex<br>Camp Pendleton, CA  92055 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |
| United Resource Systems, Inc.<br>10075 West Colfax Ave.<br>Lakewood, CO 80215-3907 | WELLS FARGO FINANCIAL COLORADO, INC.<br>ATTN:  MAC F6582-034<br>PO BOX 500<br>CHESTER, PA 19016-0500 | Wells Fargo Bank  NA<br>4137 121st Street<br>Urbandale IA 50323-2310 |
| Wells Fargo Bank NA on Behalf of CSAC<br>CSAC PO Box 419037<br>Rancho Cordova, CA 95741 | Wells Fargo Bank Nv Na<br>P O Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Bank, N.A.<br>P. O. Box 14469 MAC X2303-01M<br>Des Moines, IA 50306-3469 |
| Wells Fargo Ed Fin Svc<br>301 E 58th St N<br>Sioux Falls, SD 57104-0422 | Wells Fargo Ed Fin Svc<br>ATTN: COLLECTION SERVICING, 1ST FLOOR, M<br>1 Home Campus<br>Des Moines, IA 50328-0001 | Wff Cards<br>3201 N 4th Ave<br>Sioux Falls, SD 57104-0700 |
| Wff Cards<br>ATTN: BANKRUPTCY DEPT<br>2143 East Convention Center Way #20<br>Ontario, CA 91764-4400 | Wffinancial<br>2501 Seaport Dr Ste Bh30<br>Chester, PA 19013-2249 | Anthony Romero II<br>9800 W. Wagon Trail Dr.<br>Denver, CO 80123-7606 |
| Maria Romero<br>9800 W. Wagon Trail Dr.<br>Denver, CO 80123-7606 | Matthew Aguero<br>P.O. Box 621940<br>Littleton, CO 80162-1940 | Sally Zeman<br>Chapter 13 Trustee<br>PO Box 1169<br>Denver, CO 80201-1169 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bellco Credit Union                        (d)Bellco Credit Union
ATTENTION:  BANKRUPTCY                     Pob 6611
Po Box 6611                                Greenwood Vill, CO  80155
Greenwood Village, CO  80155
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HSBC Bank USA, National Association, as Tr     End of Label Matrix
                                                  Mailable recipients   29
                                                  Bypassed recipients    1
                                                  Total                 30
```