**EXHIBIT D**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | Case No.: 09-13729 MER |
| Anthony A. Romero II | |
| Maria E. Romero | |
| | Chapter 13 |
| Debtor(s). | |

**ORDER ALLOWING AND APPROVING FEES**

Cohen & Cohen, P.C., counsel for the Debtor, is allowed a fee for services herein of $4000.00 , and reimbursement of out-of-pocket expenses of $ 0 , (and the prepayment of fees and expenses in the amount of $ 1500.00  is approved) of which $2500.00 is payable out of plan payments.

Dated: _____

**BY THE COURT:**

_____
United States Bankruptcy Court Judge