

America's Servicing Company
3476 Stateview Blvd.
Fort Mill, SC 29715

November 17, 2009

Dear MATTHEW AGUERO :

RE:  Payment Change Notice
    Loan Number xxxxxx1309         Client 106
    Mortgagor Name: Anthony A Romero II
    Co-Mortgagor Name: Maria E Romero
    Bankruptcy Case Number 0913729

This letter is to advise you of a recent escrow analysis completed
for the account referenced above.  Please be advised, effective
with the 02-10 payment, the new monthly amount is $ 1,068.96.

Please update your records to ensure the new monthly payment is
remitted effective with the 02-10 payment.

If you have questions, please call the Bankruptcy department at
(800)662-3806.

Sincerely,

Bankruptcy Department
BK/CPI

Signature   /S/ Jimmy Rivers



America's Servicing Company
3476 Stateview Blvd.
Fort Mill, SC 29715

## CERTIFICATE OF SERVICE

I, Jimmy Rivers, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 17, 2009.

The filing of this document does not replace any affirmative duty to provide notice of the document to parties in interest.  The filing of this notice is provided for information purposes and does not constitute a demand for payment.

**Debtor(s)**
ANTHONY A ROMERO II
MARIA E ROMERO
9800 W WAGON TRL DR
DENVER CO 80123

**Debtor's Attorney**
MATTHEW AGUERO
P.O. BOX 621940
LITTLETON CO 80162

**Chapter 13 Trustee**
SALLY ZEMAN
CHAPTER 13 TRUSTEE
PO BOX 1169
DENVER CO 80201

/s/ Jimmy Rivers
Jimmy Rivers
Wells Fargo Home Mortgage
Bankruptcy Department
Phone Number: (803) 396-6759
Shikara.L.Day@Wellsfargo.com
3476 Stateview Blvd
Fort Mill, SC 29715