**EXHIBIT D**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: <br><br> Anthony A. Romero II <br> Maria E. Romero <br><br><br> Debtor(s). | Case No.: 09-13729 MER <br><br><br> Chapter 13 |

**ORDER ALLOWING AND APPROVING FEES**

Cohen & Cohen, P.C., counsel for the Debtor, is allowed a fee for services herein of $4000.00 , and reimbursement of out-of-pocket expenses of $ 0 , (and the prepayment of fees and expenses in the amount of $ 1500.00  is approved) of which $2500.00 is payable out of plan payments.

Dated:  December 10, 2009

BY THE COURT:

_____
United States Bankruptcy Court Judge