**EXHIBIT D**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Anthony A. Romero II<br>Maria E. Romero<br><br><br>Debtor(s). | Case No.: 09-13729 MER<br><br><br>Chapter 13 |

**ORDER ALLOWING AND APPROVING FEES**

Cohen & Cohen, P.C., counsel for the Debtor, is allowed a fee for services herein of $4000.00 , and reimbursement of out-of-pocket expenses of $ 0 , (and the prepayment of fees and expenses in the amount of $ 1500.00  is approved) of which $2500.00 is payable out of plan payments.

Dated:   December 10, 2009

BY THE COURT:

_____
United States Bankruptcy Court Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: fitzpatri           Page 1 of 1              Date Rcvd: Dec 11, 2009
Case: 09-13729                Form ID: pdf904           Total Noticed: 1

The following entities were noticed by first class mail on Dec 13, 2009.
db/db        +Anthony Romero, II,   Maria Romero,   9800 W. Wagon Trail Dr.,   Denver, CO 80123-7606

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            HSBC Bank USA, National Association, as Trustee
                                                                                        TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2009**                    **Signature:** _Joseph Speetjens_