UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Anthony Romero II | ) |
| xxx-xx-0536 | ) |
| | ) Case No. 09-13729-MER |
| Debtor | ) |
| | ) Chapter 13 |
| BELLCO FIRST FEDERAL CREDIT UNION | ) |
| a/k/a BELLCO CREDIT UNION | ) |
| | ) |
| Applicant | ) |
| | ) |
| vs. | ) |
| | ) |
| Anthony Romero II | ) |
| Ms. Sally Zeman TRUSTEE | ) |
| | ) |
| Respondents | ) |

_____

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
_____

    COMES NOW the Applicant, BELLCO FIRST FEDERAL CREDIT UNION a/k/a BELLCO CREDIT UNION, by and through its attorney, Judy Messenbrink of Bellco Credit Union pursuant to 11 U.S.C Section 362(d)(1), L.B.R 4001-1 and Bankruptcy Rules of Procedure 4001, 9013, and 9014, and hereby moves this Court for relief from the automatic stay and states as follows:

    1. The Debtor(s) filed for bankruptcy protection through a Chapter 13 proceeding on March 10, 2009, under Case No. 09-13729-MER.

    2. The Debtor(s) is/are indebted to this Applicant for which the undersigned Applicant claims a valid lien or security interest in the following described property:

        2003 Ford Expedition
        1FMPU16W23LB87566

    3. The subject security interest arose from a Credit Sale Contract, Security Agreement, Financing Statement and Disclosures document hereinafter referred to as the "Note", given by the Debtor to the Applicant on or about December 29, 2003; a true and correct copy of said Note is attached hereto as Exhibit "A".

    4. Notice of this lien or security interest was given by a lien recorded on the Certificate of Title on January 22, 2004, in the State of Colorado, with a true and correct copy of same attached hereto as Exhibit "B".

5. Debtor(s) Chapter 13 Plan provides that Debtor(s) shall make regular monthly payments to Applicant and maintain insurance coverage sufficient to protect the interests of Applicant in said motor vehicle.

6. Per the Note, Debtor(s) is to pay Applicant $ 576.68 per month which includes principal and interest.  Debtor(s) has defaulted under the terms of said Note marked Exhibit A by failing to make monthly payments to Applicant since August 28, 2010 in the amount of $ 1,150.48; there remains due and owing to Applicant upon said Note, the principal sum of $ 5,134.81 plus interest from date of last payment, costs, late charges and attorney fees.  The Bankruptcy Stay prevented Applicant from forwarding Notice of Default to Debtor(s).  The value of the property according to NADA.com is estimated to be $ 7,250.00 and, as such, there appears to be no equity available to the Trustee for distribution to unsecured creditors.  The Debtor(s) has/have not requested or contacted Applicant to request a loan modification.

7. Enforcement of the lien or security interest has been stayed automatically by operation of 11 USC 362 (a); but this Applicant is entitled to immediate relief from such stay to prevent irreparable damage, from which the Applicant is not adequately protected.

8. The Applicant hereby requests that any Order Granting Relief From Stay not be subject to the amended provisions of Bankruptcy Rule 4001 (a) (3), and further, that said Order be effective immediately upon execution by the Court.

WHEREFORE, the Applicant respectfully requests the entry of an Order granting relief from automatic stay to enable Applicant to immediately enforce its lien and security interest in and to the above described motor vehicle.

Dated October 19, 2010

    Respectfully submitted,
    JUDY MESSENBRINK, P.C.

    By /s/Judy Messenbrink
    Judy Messenbrink, No. 021707
    7600 E Orchard Road Suite 400N
    Greenwood Village, Colorado 80111
    303-689-7966
    Fax 720-554-8625

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Anthony Romero II ) | |
| xxx-xx-0536 ) | |
| ) | |
| Debtor ) | Case No. 09-13729-MER |
| ) | |
| BELLCO FIRST FEDERAL CREDIT UNION ) | |
| a/k/a BELLCO CREDIT UNION ) | Chapter 13 |
| ) | |
| Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| Anthony Romero II ) | |
| Ms. Sally Zeman TRUSTEE ) | |
| ) | |
| Respondents ) | |

_____

**NOTICE OF MOTION FOR RELIEF FROM STAY AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. § 362(d)**
_____

**OBJECTION DEADLINE: November 10, 2010**

YOU ARE HEREBY NOTIFIED that a Motion for Relief From Stay has been filed, a copy of which is attached hereto.

A Hearing on the motion has been set for the **17 day of November 2010 at 9:30 AM, at the U.S. Custom House, 721 19th St., Courtroom D Fifth Floor, Denver, CO 80202**. The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this Court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness list and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

**IF YOU FAIL TO FILE AN OBJECTION**, the scheduled hearing will be **vacated**, and an order granting the relief requested may be granted without further notice to you.

Dated: October 19, 2010                /s/ Judy Messenbrink
                                       Counsel *to: Bellco Credit Union*
                                       No. 021707
                                       7600 E. Orchard Rd. Ste. 400N
                                       Greenwood Village, CO 80111
                                       303-689-8150 option#1, Fax: 720-554-8625
                                       bankrtupcy@bellco.org

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Anthony Romero II ) | |
| xxx-xx-0536 ) | |
| ) | |
| Debtor ) | Case No. 09-13729-MER |
| ) | |
| BELLCO FIRST FEDERAL CREDIT UNION ) | |
| a/k/a BELLCO CREDIT UNION ) | Chapter 13 |
| ) | |
| Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| Anthony Romero II ) | |
| Ms. Sally Zeman TRUSTEE ) | |
| ) | |
| Respondents ) | |

_____

**CERTIFICATE OF SERVICE**
_____

The undersigned certifies that on October 19, 2010, I served by U.S. Mail, postage prepaid, a copy of the MOTION FOR RELIEF FROM AUTOMATIC STAY, notice, and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED. R. BANKR. P. and these L.B.R at the following addresses.

Debtor
Anthony Romero II
9800 W Wagon Trail Dr
Denver, CO  80123

Co-Debtor
Maria Romero
9800 W Wagon Trail Dr
Denver, CO  80123

Chapter 13 Trustee
Ms. Sally Zeman
PO Box 1169
Denver, CO  80201

United States Trustee
District of Colorado
999 18th St., Suite # 1551
Denver, CO 80202

Submitted Electronically:
Clerk of the US Bankruptcy Court
District of Colorado
US Custom House
721 19th Street
Denver, CO 80202-2508

Attorney for the Debtor
Matthew Aguero
PO Box 621940
Littleton, CO  80162

/s/Kyler Haines

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Anthony Romero II ) | |
| xxx-xx-0536 ) | |
| ) | |
| Debtor ) | Case No. 09-13729-MER |
| ) | |
| BELLCO FIRST FEDERAL CREDIT UNION ) | |
| a/k/a BELLCO CREDIT UNION ) | Chapter 13 |
| ) | |
| Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| Anthony Romero II ) | |
| Ms. Sally Zeman TRUSTEE ) | |
| ) | |
| Respondents ) | |

_____

### AFFIDAVIT OF MILITARY SERVICE
_____

      Judy Messenbrink, upon first being duly sworn upon her oath, states to the court that, to the best of her knowledge and belief, the above-named Debtor(s) is/are not serving active duty in the military service, and in support thereof states as follows:

A. Pursuant to the Department of Defense Manpower Data Center Debtor(s) is/are not active duty military;

B. Debtor(s) stated in Schedule I that as of date of filing the Petition debtor(s) was employed by The Children's Hospital;

C. At the time of making of the loan, which is the subject matter of Movant's Motion, Debtor(s) was/were engaged in civilian pursuits.

This Affidavit is submitted pursuant to The Servicemembers Civil Relief Act of 2003 ("SCRA").

Dated: October 19, 2010

                          *Original signature on file*

                          <u>By /s/ Judy Messenbrink</u>
                          Judy Messenbrink, No. 021707

STATE OF COLORADO
COUNTY OF ARAPAHOE

      The foregoing instrument was acknowledged before me on October 19, 2010.
      My commission expires: 9/1/2014

      Original signature on file
      /s/ Daniel R. Schooley
      Notary Public