UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Anthony Romero II ) | |
| xxx-xx-0536 ) | |
| ) | |
| Debtor ) | Case No. 09-13729-MER |
| ) | |
| BELLCO FIRST FEDERAL CREDIT UNION ) | |
| a/k/a BELLCO CREDIT UNION ) | Chapter 13 |
| ) | |
| Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| Anthony Romero II ) | |
| Ms. Sally Zeman TRUSTEE ) | |
| ) | |
| Respondents ) | |

_____

### ORDER ON MOTION FOR RELIEF FROM STAY
_____

BELLCO FIRST FEDERAL CREDIT UNION a/k/a BELLCO CREDIT UNION, Movant, has filed herein a motion for relief from stay:

1. [XX] to foreclose on and/or take possession and control of property described as follows:     2003 Ford Expedition  1FMPU16W23LB87566

2. [ ] to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in:

3. [ ] other:

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Bellco Credit Union, is hereby granted relief from stay in order to take possession, of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not seek to enforce any judgment Bellco Credit Union may obtain against debtor personally or the debtor's post-petition property.)

BY THE COURT:

Dated : _____          _____
                                   UNITED STATES BANKRUPTCY JUDGE