**UNITED STATES BANKRUPTCY COURT**

**District of Colorado (Denver)**

In re:

Debtor(s)

ANTHONY ROMERO AND MARIA ROMERO

Case No.:   09-13729

Chapter:   13

Loan Number (Last 4):   1309

## NOTICE OF PAYMENT CHANGE

America's Servicing Co., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | |
|---|---:|
| Change Reason: | ARM |
| Effective Date (first payment): | December 01, 2010 |
| New Interest Rate (if changed): | 3.75% |
| Principal and Interest: | $579.51 |
| Escrow/Optional Insurance/Other: | $220.65 |
| Total New Monthly Payment: | $800.16 |

America's Servicing Co.
MAC X7801-014 3476 Stateview Blvd.
Fort Mill, SC 29715
800-274-7025

Date:   October 23, 2010
By:   /s/ Karan Abernethy
         Bankruptcy Business Analyst

Specific Contact Information:
Adriana Gitchel
Phone: 800-257-5645
Fax:
Email: BKMortgageNPC@wellsfargo.com

0-3555c080-50d0-4af6-8886-3365300e2d1f

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2010, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor's Attorney:

Matthew Aguero
P.O. Box 621940
Littleton, CO 80162

Trustee:

Sally Zeman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

/s/ Bill Taylor
As Authorized Filing Agent for Filer

0-3555c080-50d0-4af6-8886-3365300e2d1f