# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> Anthony A. Romero II <br> Maria E. Romero <br><br><br> Debtor(s). | Case No.: 09-13729 MER <br><br> Chapter 13 |

## VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION

COMES NOW, the Debtors, by and through undersigned counsel, hereby moves this Court for an Order allowing a post-confirmation modification of their plan, and as grounds therefore allege and state as follows:

1. This case was filed March 10, 2009 and the Amended Plan which was ultimately confirmed was dated May 26, 2009. At the filing Debtors source both the Debtor-Husband and Debtor-Wife were employed. At the time of filing, the Debtor-Husband had a gross income of $3,696.71/month and the Debtor-Wife had a gross income of $4,761.81.

2. On or about June 30, 2010, the Debtor-Husband was laid-off from his job and the debtor's income was greatly reduced.

3. Debtor-Husband has been seeking employment since losing his job, however, he has only been able to obtain part-time employment. He is currently making $13/hr. and his employer can only guarantee him 12 hours of work per week. Thus, the debtor-husband's current income has been reduced to approximately $676/month lowering his income by $3,020.71.

4. Due to the lower disposable income, Debtors have filed a Modified Chapter 13 plan, which provides for a decrease of plan payments from $650/month to $150/month for the remainder of the plan. The Modified plan shows payments totaling $10,811 through October 2010 which will make the debtor current on plan payments. Should the debtor-husband receive employment during the life of the plan, the debtor agrees to modify the plan to include her disposable income.

WHEREFORE, Debtors pray for an Order allowing the modification of their Chapter 13 plan dated May 26, 2009, an Order confirming the Chapter 13 Plan dated October 27, 2010, and for such further relief as is just and proper.

DATED, this 27th day of October, 2010.

                                                  Respectfully submitted,
Cohen & Cohen, P.C.

*/s/ Matthew B. Aguero*

_____
Matthew B. Aguero, #40405
Cohen & Cohen, P.C.
P.O. Box 621940
Littleton, CO 80-162
303-933-4529
maguero@cohenlawyers.com

## VERIFICATION

I, Maria Romero, being duly sworn upon my oath hereby state that the facts and information contained in the above VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION are true and correct to the best of my knowledge, information and belief.

_____
Maria Romero

10/27/10
Date

## VERIFICATION

I, Anthony Romero, being duly sworn upon my oath hereby state that the facts and information contained in the above VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION are true and correct to the best of my knowledge, information and belief.

_____
Anthony Romero

10/27/2010
Date