**EXHIBIT D**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

Anthony A. Romero II
Maria E. Romero

Case No.: 09-13729 MER

Chapter 13

Debtor(s).

**NOTICE OF DEBTOR'S VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION**

# OBJECTION DEADLINE:   11/24/2010   .

**YOU ARE HEREBY NOTIFIED** that   Anthony and Maria Romero   have filed a VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION, with the bankruptcy court and request the following relief:   Reduced Chapter 13 Payment necessary because of the debtor-husband's job loss.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED, this 27th day of October, 2010.

        Respectfully submitted,
        Cohen & Cohen, P.C.

        _____
        Matthew B. Aguero, #40405
        Cohen & Cohen, P.C.
        P.O. Box 621940
        Littleton, CO 80162
        303-933-4529
        maguero@cohenlawyers.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 27th day of October, 2010 true and correct copies of this NOTICE OF DEBTOR'S VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION, the VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION and MODIFIED CHAPTER 13 PLAN were placed in the U.S. Mail, first class postage prepaid, addressed as follows:

Castle Meinhold and Stawiarski
999 18th St., Suite 2201
Denver, CO 80202
Attn: Britney Beall-Eder


See Exhibit A



_____
Matthew B. Aguero

```
Label Matrix for local noticing        US Bankruptcy Court                    Americas Servicing Co
1082-1                                 US Custom House                        7485 New Horizon Way
Case 09-13729-MER                      721 19th St.                           Frederick, MD 21703-8388
District of Colorado                   Denver, CO 80202-2500
Denver
Tue Jul  7 11:08:05 MDT 2009

Americas Servicing Co                  (p)BELLCO CREDIT UNION                 Credit Union Of Denver
ATTENTION:  BANKRUPTCY                 P O BOX 6611                           9305 W Alameda Ave
1 Home Campus                          GREENWOOD VILLAGE CO                   Lakewood, CO 80226-2830
Des Moines, IA 50328-0001              80155-6611


Credit Union Of Denver                 ECMC                                   Encore Receivable Managment, Inc.
9305 W Alameda Par                     P.O. Box 75906                         400 N Rogers Rd
Lakewood, CO 80226-2830                St. Paul, MN 55175-0906                P.O. Box 3330
                                                                              Olathe, KS 66063-3330


Gemb/jcp                               Gemb/jcp                               HSBC Bank USA, National Association, as Trus
ATTENTION:  BANKRUPTCY DEPARTMENT      Po Box 984100                          3476 Stateview Blvd, MAC# X7801-013
Po Box 103106                          El Paso, TX 79998-4100                 Fort Mills, SC 29715-7203
Roswell, GA 30076-9106


Pacific Marine Cu                      Roundup Funding, LLC                   US Trustee
M C Exchange Complex                   MS 550                                 999 18th St.
Camp Pendleton, CA  92055              PO Box 91121                           Ste. 1551
                                       Seattle, WA 98111-9221                 Denver, CO 80202-2415


United Resource Systems, Inc.          WELLS FARGO FINANCIAL COLORADO, INC.   Wells Fargo Bank  NA
10075 West Colfax Ave.                 ATTN:  MAC F6582-034                   4137 121st Street
Lakewood, CO 80215-3907                PO BOX 500                             Urbandale IA 50323-2310
                                       CHESTER, PA 19016-0500


Wells Fargo Bank NA on Behalf of CSAC  Wells Fargo Bank Nv Na                 Wells Fargo Bank, N.A.
CSAC PO Box 419037                     P O Box 31557                          P. O. Box 14469 MAC X2303-01M
Rancho Cordova, CA 95741               Billings, MT 59107-1557                Des Moines, IA 50306-3469


Wells Fargo Ed Fin Svc                 Wells Fargo Ed Fin Svc                 Wff Cards
301 E 58th St N                        ATTN: COLLECTION SERVICING, 1ST FLOOR, M  3201 N 4th Ave
Sioux Falls, SD 57104-0422             1 Home Campus                          Sioux Falls, SD 57104-0700
                                       Des Moines, IA 50328-0001


Wff Cards                              Wffinancial                            Anthony Romero II
ATTN: BANKRUPTCY DEPT                  2501 Seaport Dr Ste Bh30               9800 W. Wagon Trail Dr.
2143 East Convention Center Way #20    Chester, PA 19013-2249                 Denver, CO 80123-7606
Ontario, CA 91764-4400


Maria Romero                           Matthew Aguero                         Sally Zeman
9800 W. Wagon Trail Dr.                P.O. Box 621940                        Chapter 13 Trustee
Denver, CO 80123-7606                  Littleton, CO 80162-1940               PO Box 1169
                                                                              Denver, CO 80201-1169
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bellco Credit Union                     (d)Bellco Credit Union
ATTENTION: BANKRUPTCY                   Pob 6611
Po Box 6611                             Greenwood Vill, CO  80155
Greenwood Village, CO  80155
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HSBC Bank USA, National Association, as Tr      End of Label Matrix
                                                   Mailable recipients   29
                                                   Bypassed recipients    1
                                                   Total                 30
```