UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Anthony Romero II ) | |
| xxx-xx-0536 ) | |
| ) | Case No. 09-13729-MER |
| Debtor ) | |
| ) | Chapter 13 |
| BELLCO FIRST FEDERAL CREDIT UNION ) | |
| a/k/a BELLCO CREDIT UNION ) | |
| ) | |
| Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| Anthony Romero II ) | |
| Ms. Sally Zeman TRUSTEE ) | |
| ) | |
| Respondents ) | |

## MOTION TO WITHDRAW MOTION FOR RELIEF FROM STAY OF APPLICANT BELLCO CREDIT UNION

COMES NOW applicant Bellco Credit Union by its attorney, Judy Messenbrink and herby moves this Court for an order authorizing withdrawal of applicant's Motion for Relief from Stay, 2003 Ford Expedition 1FMPU16W23LB87566 and as grounds therefore shows unto the Court that the obligation which is the subject matter of applicant's Motion has been brought current and the Motion for Relief from Stay is now moot.

Dated November 10, 2010

                                                 Respectfully submitted,
                                                 JUDY MESSENBRINK, P.C.

                                                 By /s/Judy Messenbrink
                                                 Judy Messenbrink, No. 021707
                                                 7600 E Orchard Road Suite 400N
                                                 Greenwood Village, CO 80111
                                                 303-689-7966
                                                 Fax 720-554-8625

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Anthony Romero II | ) |
| xxx-xx-0536 | ) |
| | ) Case No. 09-13729-MER |
| Debtor | ) |
| | ) Chapter 13 |
| BELLCO FIRST FEDERAL CREDIT UNION | ) |
| a/k/a BELLCO CREDIT UNION | ) |
| | ) |
| Applicant | ) |
| | ) |
| vs. | ) |
| | ) |
| Anthony Romero II | ) |
| Ms. Sally Zeman TRUSTEE | ) |
| | ) |
| Respondents | ) |

_____

**CERTIFICATE OF SERVICE**
_____

The undersigned hereby certifies that I did mail true and correct copies of the foregoing Motion to withdraw Motion for Relief from Stay, by placing same in the U.S. Mail, postage prepaid, on November 10, 2010, addressed to the following:

Debtor
Anthony Romero II
9800 W Wagon Trail Dr
Denver, CO  80123

Co-Debtor
Maria Romero
9800 W Wagon Trail Dr
Denver, CO  80123

Chapter 13 Trustee
Ms. Sally Zeman
PO Box 1169
Denver, CO  80201

United States Trustee
District of Colorado
999 18th St., Suite # 1551
Denver, CO 80202

Submitted Electronically:
Clerk of the US Bankruptcy Court
District of Colorado
US Custom House
721 19th Street
Denver, CO 80202-2508

Attorney for the Debtor
Matthew Aguero
PO Box 621940
Littleton, CO  80162

/s/Kyler Haines