UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Anthony Romero II | ) |
| xxx-xx-0536 | ) |
| | ) Case No. 09-13729-MER |
| Debtor | ) |
| | ) Chapter 13 |
| BELLCO FIRST FEDERAL CREDIT UNION | ) |
| a/k/a BELLCO CREDIT UNION | ) |
| | ) |
| Applicant | ) |
| | ) |
| vs. | ) |
| | ) |
| Anthony Romero II | ) |
| Ms. Sally Zeman TRUSTEE | ) |
| | ) |
| Respondents | ) |

_____

**PROPOSED ORDER**
_____

**Pursuant to Applicant's Motion, the Motion to Withdraw is GRANTED, and the Motion for Relief from Stay (docket # 39) is WITHDRAWN.**

DATED this _____day of _____.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE