UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> Anthony Romero II <br> xxx-xx-0536 <br><br> Debtor <br><br> BELLCO FIRST FEDERAL CREDIT UNION <br> a/k/a BELLCO CREDIT UNION <br><br> Applicant <br><br> vs. <br><br> Anthony Romero II <br> Ms. Sally Zeman TRUSTEE <br><br> Respondents | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 09-13729-MER <br> ) <br> ) Chapter 13 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

___

**PROPOSED ORDER**
___

**Pursuant to Applicant's Motion, the Motion to Withdraw is GRANTED, and the Motion for Relief from Stay (docket # 39) is WITHDRAWN.**

Dated November 16, 2010

BY THE COURT:

_____
Michael E. Romero
U.S. Bankruptcy Judge