UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Anthony Romero II | ) | |
| xxx-xx-0536 | ) | |
| | ) | Case No. 09-13729-MER |
| Debtor | ) | |
| | ) | Chapter 13 |
| BELLCO FIRST FEDERAL CREDIT UNION | ) | |
| a/k/a BELLCO CREDIT UNION | ) | |
| | ) | |
| Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Anthony Romero II | ) | |
| Ms. Sally  Zeman TRUSTEE | ) | |
| | ) | |
| Respondents | ) | |

_____

## PROPOSED ORDER
_____

**Pursuant to Applicant's Motion, the Motion to Withdraw is GRANTED, and the Motion for
Relief from Stay (docket # 39) is WITHDRAWN.**

Dated November 16, 2010

BY THE COURT:


Michael E. Romero
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1        User: cramerc          Page 1 of 1          Date Rcvd: Nov 17, 2010
Case: 09-13729              Form ID: pdf904        Total Noticed: 1
```

```
The following entities were noticed by first class mail on Nov 19, 2010.
db/db       +Anthony Romero, II,   Maria Romero,   9800 W. Wagon Trail Dr.,   Denver, CO 80123-7606
```

```
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2010**          **Signature:** _____