IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ANTHONY ROMERO, II | CASE: 09-13729-MER |
| MARIA ROMERO | |

DEBTORS

CHAPTER 13 TRUSTEE'S OBJECTION TO MODIFICATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files her Objection to Modification of the proposed Chapter 13 Plan, and states:

1. The Debtors' Modified Plan (docket #42) is underfunded and incapable of being administered.  11 U.S.C. §§ 1322(a)(1); 1325(a)(1).  The Debtors' Modified Plan fails to provide for the $2,500 in attorney's fees that the Trustee's office has all ready paid to the Debtors' attorney.

2. The Trustee is unable to determine if the Debtors' Modified Plan was proposed in good faith.  11 U.S.C. § 1325(a)(3).  The Debtors have failed to file Amended Schedules I and J to reflect their current income and expenses.

3. The Trustee reserves the right to report on the Debtors' payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny the modified plan in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

November 24, 2010

Respectfully submitted,

s/Aimee Grimsley
Aimee Grimsley  #39723
Attorney for Chapter 13 Trustee,
Sally J. Zeman
P.O. Box 1169
Denver, CO  80201-1169
(303) 830-1971
FAX (303) 830-1973

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above Objection to Modification of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on November 24, 2010 addressed as follows:

ANTHONY ROMERO, II
MARIA ROMERO
9800 W. WAGON TRAIL DR.
DENVER, CO 80123

MATTHEW AGUERO
P.O. BOX 621940
LITTLETON, CO 80162


\s\ alg
Chapter 13 Trustee Staff Member