B6I (Official Form 6I) (12/07)

IN RE **Romero, Anthony II & Romero, Maria**     Case No. **09-13729**
            Debtor(s)                                                    (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**14**<br>**7** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Informations System Tech** | **Lead Benefits Technician** |
| Name of Employer | **The Children's Hospital** | **Dept. Of Interior** |
| How long employed | **6 Years** | **11 Years** |
| Address of Employer | **13123 E. 16th Ave**<br>**Aurora, CO 80045** | **7201 W. Mansfield Ave.**<br>**Lakewood, CO 80235** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 4,510.07 | $ 866.67 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | **$ 4,510.07** | **$ 866.67** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and Social Security | $ 934.96 | $ |
|     b. Insurance | $ 32.70 | $ |
|     c. Union dues | $ | $ |
|     d. Other (specify) **See Schedule Attached** | $ 175.07 | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | **$ 1,142.73** | **$ 0.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | **$ 3,367.34** | **$ 866.67** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance<br>    (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income<br>    (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | **$** | **$** |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | **$ 3,367.34** | **$ 866.67** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)     **$ 4,234.01**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Romero, Anthony II & Romero, Maria** Case No. **09-13729**
Debtor(s)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | DEBTOR | SPOUSE |
|---|---:|---:|
| Other Payroll Deductions: | | |
| **Delta Den** | **45.50** | |
| **Flex HC** | **54.17** | |
| **Cafeteria** | **8.62** | |
| **LN Loan 1** | **49.01** | |
| **Parking** | **15.17** | |
| **Dep Life** | **2.60** | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only