**EXHIBIT D**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

Anthony A. Romero II
Maria E. Romero

|  |  |
|---|---|
| Debtor(s). | Case No.: 09-13729 MER<br><br>Chapter 13 |

**NOTICE OF DEBTOR'S VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION**

## OBJECTION DEADLINE:   12/29/2010   .

**YOU ARE HEREBY NOTIFIED** that   Anthony and Maria Romero   have filed a VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION, with the bankruptcy court and request the following relief:   Reduced Chapter 13 Payment necessary because of the debtor-husband's job loss.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED, this 1st day of December, 2010.

Respectfully submitted,
Cohen & Cohen, P.C.


_____
Matthew B. Aguero, #40405
Cohen & Cohen, P.C.
P.O. Box 621940
Littleton, CO 80162
303-933-4529
 maguero@cohenlawyers.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 1st day of December, 2010 true and correct copies of this NOTICE OF DEBTOR'S VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION, the VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION and MODIFIED CHAPTER 13 PLAN were placed in the U.S. Mail, first class postage prepaid, addressed as follows:

Castle Meinhold and Stawiarski
999 18th St., Suite 2201
Denver, CO 80202
Attn: Britney Beall-Eder


See Exhibit C




_____
Matthew B. Aguero

EXHIBIT C

Label Matrix for local noticing
1082-1
Case 09-13729-MER
District of Colorado
Denver
Tue Jul  7 11:08:05 MDT 2009

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202-2500

Americas Servicing Co
7485 New Horizon Way
Frederick, MD 21703-8388

Americas Servicing Co
ATTENTION: BANKRUPTCY
1 Home Campus
Des Moines, IA 50328-0001

(p)BELLCO CREDIT UNION
P O BOX 6611
GREENWOOD VILLAGE CO
80155-6611

Credit Union Of Denver
9305 W Alameda Ave
Lakewood, CO 80226-2830

Credit Union Of Denver
9305 W Alameda Par
Lakewood, CO 80226-2830

ECMC
P.O. Box 75906
St. Paul, MN 55175-0906

Encore Receivable Managment, Inc.
400 N Rogers Rd
P.O. Box 3330
Olathe, KS 66063-3330

Gemb/jcp
ATTENTION: BANKRUPTCY DEPARTMENT
Po Box 103106
Roswell, GA 30076-9106

Gemb/jcp
Po Box 984100
El Paso, TX 79998-4100

HSBC Bank USA, National Association, as Trus
3476 Stateview Blvd, MAC# X7801-013
Fort Mills, SC 29715-7203

Pacific Marine Cu
M C Exchange Complex
Camp Pendleton, CA  92055

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

United Resource Systems, Inc.
10075 West Colfax Ave.
Lakewood, CO 80215-3907

WELLS FARGO FINANCIAL COLORADO, INC.
ATTN:  MAC F6582-034
PO BOX 500
CHESTER, PA 19016-0500

Wells Fargo Bank  NA
4137 121st Street
Urbandale IA 50323-2310

Wells Fargo Bank NA on Behalf of CSAC
CSAC PO Box 419037
Rancho Cordova, CA 95741

Wells Fargo Bank Nv Na
P O Box 31557
Billings, MT 59107-1557

Wells Fargo Bank, N.A.
P. O. Box 14469 MAC X2303-01M
Des Moines, IA 50306-3469

Wells Fargo Ed Fin Svc
301 E 58th St N
Sioux Falls, SD 57104-0422

Wells Fargo Ed Fin Svc
ATTN: COLLECTION SERVICING, 1ST FLOOR, M
1 Home Campus
Des Moines, IA 50328-0001

Wff Cards
3201 N 4th Ave
Sioux Falls, SD 57104-0700

Wff Cards
ATTN: BANKRUPTCY DEPT
2143 East Convention Center Way #20
Ontario, CA 91764-4400

Wffinancial
2501 Seaport Dr Ste Bh30
Chester, PA 19013-2249

Anthony Romero II
9800 W. Wagon Trail Dr.
Denver, CO 80123-7606

Maria Romero
9800 W. Wagon Trail Dr.
Denver, CO 80123-7606

Matthew Aguero
P.O. Box 621940
Littleton, CO 80162-1940

Sally Zeman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201-1169

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bellco Credit Union                       (d)Bellco Credit Union
ATTENTION:  BANKRUPTCY                     Pob 6611
Po Box 6611                               Greenwood Vill, CO  80155
Greenwood Village, CO  80155
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HSBC Bank USA, National Association, as Tr    End of Label Matrix
                                                 Mailable recipients    29
                                                 Bypassed recipients     1
                                                 Total                  30
```