(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
District of Colorado

In re:  Anthony Romero and Maria Romero         Case No.  **09–13729–MER**
     Debtor(s)

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 12/2/10 to MATTHEW AQUERO regarding document number 52 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: NO PROPOSED ORDER ATTACHED

E–Filer Shall: SEND PROPOSED ORDER FOR ATTACHMENT TO QA@cob.uscourts.gov

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:*  12/2/10

BRADFORD L. BOLTON, Clerk
By: s/ John Fitzpatrick
Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202–2508