(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
## District of Colorado

In re: <u>Anthony Romero and Maria Romero</u>       Case No. <u>**09–13729–MER**</u>
    Debtor(s)

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 12/2/10 to MATTHEW AQUERO regarding document number 52 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: NO PROPOSED ORDER ATTACHED

E–Filer Shall: SEND PROPOSED ORDER FOR ATTACHMENT TO QA@cob.uscourts.gov

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:* <u>12/2/10</u>      BRADFORD L. BOLTON, Clerk

By: s/ John Fitzpatrick
Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202–2508

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: fitzpatri          Page 1 of 1            Date Rcvd: Dec 02, 2010
Case: 09-13729                Form ID: 213             Total Noticed: 1

The following entities were noticed by first class mail on Dec 04, 2010.
db/db        +Anthony Romero, II,   Maria Romero,   9800 W. Wagon Trail Dr.,   Denver, CO 80123-7606

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2010**                    **Signature:**         _Joseph Speetjens_