UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Anthony Romero<br>Maria Romero<br><br><br>Debtor(s). | Chapter 13<br><br><br>Case No.: 09-13729-MER |

**CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

  On __December 1, 2010__, <u>Anthony and Maria Romero</u>, Movants, filed a motion or application pursuant to L.B.R. 9013-1 entitled __Verified Motion for Post Confirmation Modification__. Movant hereby certifies that the following is true and correct:

  1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on __December 1, 2010__.

  2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on __December 1, 2010__.

  3. The docket numbers for each of the following relevant documents are:
   a. the motion and all documents attached thereto and served therewith, (Docket No. 52);
   b. the notice, (Docket No. 53);
   c. the certificate of service of the motion and the notice, (Docket No. 55);
   d. the proposed order, (Docket No. 53, Attachment #1); and

  4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice, or all such objections or requests have been withdrawn.

      WHEREFORE, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated this 4th day of January, 2011.

                                                         Respectfully Submitted,
                                                         Cohen & Cohen, P.C.

                                                         Matthew B. Aguero #30405
                                                         P.O. Box 621940
                                                         Littleton, CO 80162
                                                         (303) 933-4529
                                                         maguero@cohenlawyers.com