**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

Anthony Romero
Maria Romero

Chapter 13

Case No.: 09-13729-MER

Debtor(s).

**CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

On  December 1, 2010, Anthony and Maria Romero, Movants, filed a motion or application pursuant to L.B.R. 9013-1 entitled   Verified  Motion for Post Confirmation Modification . Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on December 1, 2010       .

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on  December 1, 2010       .

3. The docket numbers for each of the following relevant documents are:
   a. the motion and all documents attached thereto and served therewith, (Docket No. 52 & 57);
   b. the notice, (Docket No. 53);
   c. the certificate of service of the motion and the notice, (Docket No. 52);
   d. the proposed order, (Docket No. 57, Attachment #1); and

4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice, or all such objections or requests have been withdrawn.

5. After filing an NCO on the Second Motion to Modify, Debtors' counsel received a call from Judge Romero's Chambers stating that the debtors' Second Motion to Modify had been stricken due to a failure to file a Proposed Order. However, debtors did provide the Proposed Order to QA as requested in the Notice of Deficient Filing in a timely manner. (see December 2, 2011 Email to QA attached here as Exhibit A).

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated this 5th day of January, 2011.

                                              Respectfully Submitted,
                                              Cohen & Cohen, P.C.

                                              Matthew B. Aguero #40405
                                              P.O. Box 621940
                                              Littleton, CO 80162
                                              (303) 933-4529
                                              maguero@cohenlawyers.com

# Matthew Aguero

| | |
|---|---|
| **From:** | Matthew Aguero [maguero@cohenlawyers.com] |
| **Sent:** | Thursday, December 02, 2010 8:51 AM |
| **To:** | 'QA@cob.uscourts.gov' |
| **Subject:** | Romero, Case No. 09-13729 MER |
| **Attachments:** | 101202 PO re Second Motion to Modify.pdf |

Per your request, please find the attached Proposed Order which was not filed with my Motion to Modify at docket number 51 and let me know if you need any other information.

Thank you,

Matt Aguero

**Matthew B. Aguero**
Cohen & Cohen, P.C.
1720 South Bellaire Street; Suite 205
Denver, CO 80222
Office: 303-933-4529
Fax: 1-866-230-8268
maguero@cohenlawyers.com

THIS IS A TRANSMISSION FROM THE LAW FIRM OF COHEN & COHEN, P.C. AND MAY CONTAIN INFORMATION WHICH IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTION 2510 ET SEQ., AND THE ATTORNEY-CLIENT OR ATTORNEY WORK PRODUCT PRIVILEGES. IF YOU ARE NOT THE ADDRESSEE, NOTE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR USE OF THE CONTENTS OF THIS MESSAGE IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DESTROY IT AND NOTIFY US IMMEDIATELY AT OUR TELEPHONE NUMBER (303) 933-4529.