# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

Anthony A. Romero II
Maria E. Romero

Debtor(s).

Case No.: 09-13729 MER

Chapter 13

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

    THIS MATTER having come before the court on the Motion to Modify Confirmed Chapter 13 Plan filed by  Anthony and Maria Romero  on  **12/1/2010** , at docket no.  _51___.  Proper notice having been given and no objections having been filed or any objections filed having been withdrawn, it is hereby

    ORDERED that the Motion to Modify Confirmed Chapter 13 Plan is GRANTED.  The Modified Chapter 13 Plan dated **11/30/2010** , at docket no.  __51__ is approved.  This order binds those creditors and parties in interest that have been properly served.  The debtors must make payments as specified by the plan as modified.

Dated: January 10, 2011

BY THE COURT:

_____
United States Bankruptcy Judge