# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Anthony A. Romero II<br>Maria E. Romero<br><br>Debtor(s). | Case No.: 09-13729 MER<br><br>Chapter 13 |

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

THIS MATTER having come before the court on the Motion to Modify Confirmed Chapter 13 Plan filed by  Anthony and Maria Romero  on  **12/1/2010** , at docket no. _51___. Proper notice having been given and no objections having been filed or any objections filed having been withdrawn, it is hereby

ORDERED that the Motion to Modify Confirmed Chapter 13 Plan is GRANTED.  The Modified Chapter 13 Plan dated **11/30/2010** , at docket no. __51__ is approved.  This order binds those creditors and parties in interest that have been properly served.  The debtors must make payments as specified by the plan as modified.

Dated: January 10, 2011

BY THE COURT:

United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: cosior              Page 1 of 1              Date Rcvd: Jan 10, 2011
Case: 09-13729                Form ID: pdf904           Total Noticed: 1

The following entities were noticed by first class mail on Jan 12, 2011.
db/db         +Anthony Romero, II,   Maria Romero,   9800 W. Wagon Trail Dr.,   Denver, CO 80123-7606
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2011**            **Signature:**    _Joseph Speetjens_