UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| ANTHONY ROMERO, II ) | Case No. 09-13729 MER |
| SSN: xxx-xx-0536 ) | Chapter 13 |
| MARIA ROMERO ) | |
| SSN: xxx-xx-0848 ) | |
| ) | |
| Debtors ) | |

_____

**MOTION FOR PROTECTIVE ORDER TO
SEAL INFORMATION AND PROHIBIT ELECTRONIC ACCESS
IN ACCORDANCE WITH 11 U.S.C §107(c) AND FED. R. BANKR. P. 9037(d)**

_____

Wells Fargo Financial Colorado, Inc. ("Movant"), by and through its undersigned counsel, hereby files its Motion for Protective Order to Seal Information and Prohibit Electronic Access in Accordance with 11 U.S.C. §107(c), Fed.R.Bankr.P. 9037(d), in order to protect certain personal information regarding the Debtor contained in Movant's proof of claim and/or supporting information.  In support of the Motion, Movant states as follows:

### INTRODUCTION

1. Movant is a creditor of the Debtors, and is consequently a party in interest in this case.  Movant previously filed a Proof of Claim and supporting documents, docketed as Claim No. 1, in the amount of $4,033.87 (the "Claim").

2. The Claim contains certain personal or confidential information of the Debtors which should have been redacted pursuant to FED.R.BANKR.P.9037(a).

3. Pursuant to 11 U.S.C. §107(c) and FED.R.BANKR.P. 9037(d), Movant seeks an Order from this Court sealing the Claim or otherwise prohibiting access to the Claim.

### DISCUSSION

4. Bankruptcy Rule 9037(d) states in relevant part, "[f]or cause, the court may by order in a case under the Code: require redaction of additional information; or limit or prohibit a nonparty's remote electronic access to a document filed with the court." FED.R.BANKR.P. 9037(d).  "Subdivision (d) recognizes the Court's inherent authority to issue a protective order to prevent remote access to private or sensitive information and to require redaction of material in addition to that which would be redacted under subdivision (a) of the rule.  These orders may be issued whenever necessary by the court on its own motion, or on motion of a party in interest. . ."

*In re Traversa*, 2008 WL 1777413 (Bankr.D.Conn. 2008) (slip copy) (*citing* FED.R.BANKR.P. 9037 advisory committee's note)). **See generally In re Gjestvang**, 405 B.R. 316, 321 (Bankr. E.D. Ark. 2009); *In re French*, 401 B.R. 295, 307 (Bankr.E.D. Tenn. 2009); *In re Lentz*, 2009 WL 1582587 * 4 (June 4, 2009, Bankr.N.D. Ohio).

      5.      Based on the foregoing legal authority, Movant requests the Court restrict public access to the Claim or otherwise seal the Claim so as to prevent remote access to the Claim by third parties.

      6.      Movant also requests that this Order is without prejudice and allows Movant the ability to file an Amended Proof of Claim.

      7.      A copy of this Motion is being served only upon the Debtors, bankruptcy counsel for Debtors, the bankruptcy case Trustee and the United States Trustee, in order to avoid alerting third parties of the personal information available in the Court's file.

      WHEREFORE, Wells Fargo Financial Colorado, Inc., respectfully requests that the Court enter an Order directing the Clerk of the Court to seal and restrict electronic access to the Claim, allow Movant to file an Amended Proof of Claim and for such other and further relief as the Court deems appropriate.

      Respectfully submitted,

Dated: <u>1/13/2011</u>

**DOUGLAS D. KOKTAVY, P.C.**

by: <u>/s/ Douglas D. Koktavy</u>
Douglas D. Koktavy, #14641
David R. Lucey, #10975
3515 S. Tamarac Drive, Suite 200
Denver, Colorado 80237
Telephone: (303) 337-2364
Facsimile: (303) 873-7060
E-mail: doug@coloradocreditorlaw.com

**ATTORNEYS FOR MOVANT**

## CERTIFICATE OF MAILING

      I hereby certify that on this 13th day of January, 2011, a true and correct copy of the foregoing **MOTION FO PROTECTIVE ORDER TO SEAL INFORMATION AND PROHIBIT ELECTRONIC ACCESS IN ACCORDANCE WITH 11 U.S.C. §107(c) AND FED.R.BANKR.P. 9037(d),** was placed in the United States mail, postage prepaid, addressed to:

| | |
|---|---|
| Anthony Romero, II<br>9800 W. Wagon Trail Dr.<br>Denver, CO 80123 | Maria Romero<br>9800 W. Wagon Trail Dr.<br>Denver, CO 80123 |
| Sally Zeman<br>Chapter 13 Trustee<br>PO Box 1169<br>Denver, CO 80201 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202 |
| Matthew Aguero<br>P.O. Box 621940<br>Littleton, CO 80162 | |

                              /s/ Rhonda S. Greene, Paralegal