**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| ANTHONY ROMERO, II ) | Case No. 09-13729 MER |
| SSN: xxx-xx-0536 ) | Chapter 13 |
| MARIA ROMERO ) | |
| SSN: xxx-xx-0848 ) | |
| Debtors ) | |

___

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER TO SEAL INFORMATION AND PROHIBIT ELECTRONIC ACCESS IN ACCORDANCE WITH 11 U.S.C §107(c) AND FED. R. BANKR. P. 9037(d)**

___

THIS MATTER comes before the Court on the Motion for Protective Order to Seal Information and Prohibit Electronic Access in Accordance with 11 U.S.C. §107(c) and FED.R.BANKR.P. 9037 (the "Motion"). Good cause being demonstrated, it is hereby

ORDERED that Wells Fargo Financial Colorado, Inc.'s Motion is GRANTED;

IT IS FURTHER ORDERED that, upon entry of this Order, the Clerk of Court shall seal and permanently remove from the public view and prohibit electronic assess to Claim No. 1 filed by Wells Fargo Financial Colorado, Inc., without prejudice to the filing of an amended proof of claim that complies with FED.R.BANKR.P. 9037.

BY THE COURT:

DATED: _____    _____
United States Bankruptcy Judge