# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: )<br>)<br>ANTHONY ROMERO, II )<br>SSN: xxx-xx-0536 )<br>MARIA ROMERO )<br>SSN: xxx-xx-0848 )<br>) <br>Debtors )| Case No. 09-13729 MER<br>Chapter 13 |

### ORDER GRANTING MOTION FOR PROTECTIVE ORDER TO SEAL INFORMATION AND PROHIBIT ELECTRONIC ACCESS IN ACCORDANCE WITH 11 U.S.C §107(c) AND FED. R. BANKR. P. 9037(d)

THIS MATTER comes before the Court on the Motion for Protective Order to Seal Information and Prohibit Electronic Access in Accordance with 11 U.S.C. §107(c) and FED.R.BANKR.P. 9037 (the "Motion"). Good cause being demonstrated, it is hereby

ORDERED that Wells Fargo Financial Colorado, Inc.'s Motion is GRANTED;

IT IS FURTHER ORDERED that, upon entry of this Order, the Clerk of Court shall seal and permanently remove from the public view and prohibit electronic assess to Claim No. 1  filed by Wells Fargo Financial Colorado, Inc., without prejudice to the filing of an amended proof of claim that complies with FED.R.BANKR.P. 9037.

Dated January 14, 2011

BY THE COURT:

_____
Michael E. Romero
U.S. Bankruptcy Judge