# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ANTHONY ROMERO, II | ) | Case No. 09-13729 MER |
| SSN: xxx-xx-0536 | ) | Chapter 13 |
| MARIA ROMERO | ) | |
| SSN: xxx-xx-0848 | ) | |
| Debtors | ) | |

---

### ORDER GRANTING MOTION FOR PROTECTIVE ORDER TO SEAL INFORMATION AND PROHIBIT ELECTRONIC ACCESS IN ACCORDANCE WITH 11 U.S.C §107(c) AND FED. R. BANKR. P. 9037(d)

---

THIS MATTER comes before the Court on the Motion for Protective Order to Seal Information and Prohibit Electronic Access in Accordance with 11 U.S.C. §107(c) and FED.R.BANKR.P. 9037 (the "Motion"). Good cause being demonstrated, it is hereby

ORDERED that Wells Fargo Financial Colorado, Inc.'s Motion is GRANTED;

IT IS FURTHER ORDERED that, upon entry of this Order, the Clerk of Court shall seal and permanently remove from the public view and prohibit electronic assess to Claim No. 1  filed by Wells Fargo Financial Colorado, Inc., without prejudice to the filing of an amended proof of claim that complies with FED.R.BANKR.P. 9037.

Dated January 14, 2011

BY THE COURT:

_____
Michael E. Romero
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: cramerc              Page 1 of 1             Date Rcvd: Jan 14, 2011
Case: 09-13729                Form ID: pdf904            Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 16, 2011.
db/db         +Anthony Romero, II,   Maria Romero,   9800 W. Wagon Trail Dr.,   Denver, CO 80123-7606

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2011**                    **Signature:**          _Joseph Speetjens_