**UNITED STATES BANKRUPTCY COURT**
**District of Colorado (Denver)**

In re:

Debtor(s)

Anthony Romero and Maria Romero

Case No.: 09-13729                                      Loan Number (Last 4):   1309
Chapter:  13

## NOTICE OF PAYMENT CHANGE

America's Servicing Co., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | | |
|---|---|---:|
| Payment Change Reason: | | Escrow |
| Effective Date of New Payment: | | August 01, 2011 |
| Current Monthly Payment: | Principal and Interest | $579.51 |
| | Tax and Other Amount | $116.98 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $8.09 |
| | Hazard Insurance Amount | $95.58 |
| | Total Payment Amount | $800.16 |
| New Monthly Payment: | Principal and Interest | $579.51 |
| | Tax and Other Amount | $119.59 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $9.57 |
| | Hazard Insurance Amount | $91.00 |
| | Total Payment Amount | $799.67 |

Specific Contact Information:                          Diana Duarte
Jeffrey Hacker                                         America's Servicing Co.
Phone: 800-662-3806                                    MAC X7801-014 3476 Stateview Blvd.
Fax:                                                   Fort Mill, SC 29715
Email:                                                 Telephone: 800-842-7654
                                                       Fax:
                                                       Email Address:

Date:   June 15, 2011

By:    /s/ Diana Duarte
       Authorized Filing Agent for Filer

0-959936f2-292a-4504-b869-8a294213aa4e

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor's Attorney:

Matthew Aguero
P.O. Box 621940
Littleton, CO 80162

Trustee:

Sally Zeman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

/s/ Bill Taylor

As Authorized Agent for Filer

0-959936f2-292a-4504-b869-8a294213aa4e