## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Anthony A. Romero II<br>Maria E. Romero<br><br><br>   Debtor(s). | Case No.: 09-13729 MER<br><br><br>Chapter 13 |

### VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION

   COMES NOW, the Debtors, by and through undersigned counsel, hereby moves this Court for an Order allowing a post-confirmation modification of their plan, and as grounds therefore allege and state as follows:

1. This case was filed March 10, 2009 and the Amended Plan which was ultimately confirmed was dated May 26, 2009.  On the petition date, both the Debtor-Husband and Debtor-Wife were employed.  The Debtor-Husband had a gross income of $3,696.71/month and the Debtor-Wife had a gross income of $4,761.81.

2. On or about June 30, 2010, the Debtor-Husband was laid-off from his job and the debtor's income was greatly reduced. As a result of this loss of income, the Debtors Modified their Chapter 13 Plan and reduced their Plan payments to $150/month.

3. Debtor-Husband has been seeking employment since losing his job, and recently obtained full-time employment with Touch of Life Technologies with a gross income of $3,238.55/month.  Because the Debtor-Husband will now be commuting to work, the Debtors have also filed an application to incur new debt in order to purchase a vehicle at a monthly payment of $377/month.

4. Due to the increase in disposable income, Debtors have filed a Modified Chapter 13 plan, which provides for an increase in plan payments from $150/month to $245/month for the remainder of the plan.


WHEREFORE, Debtors pray for an Order allowing the modification of their Modified Chapter 13 plan dated 11/30/2010, an Order confirming the Chapter 13 Plan dated  August 24, 2011, and for such further relief as is just and proper.

DATED, this 24<u>th</u> day of August, 2011.

                                                                        Respectfully submitted,
                                                                        Cohen & Cohen, P.C.

*/s/ Matthew B. Aguero*

_____
Matthew B. Aguero, #40405
Cohen & Cohen, P.C.
1720 S. Bellaire, Suite 205
Denver, CO 80222
303-933-4529
maguero@cohenlawyers.com

## VERIFICATION

I, Maria Romero, being duly sworn upon my oath hereby state that the facts and information contained in the above VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION are true and correct to the best of my knowledge, information and belief.

_____          _____8/24/11_____
Maria Romero                                       Date

## VERIFICATION

I, Anthony Romero, being duly sworn upon my oath hereby state that the facts and information contained in the above VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION are true and correct to the best of my knowledge, information and belief.

_____          _____8/24/2011_____
Anthony Romero II                                  Date