# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

Anthony A. Romero II
Maria E. Romero

Debtor(s).

Case No.: 09-13729 MER

Chapter 13

**NOTICE OF DEBTOR'S VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION**

## OBJECTION DEADLINE: 9/22/2011 .

**YOU ARE HEREBY NOTIFIED** that  Anthony and Maria Romero  have filed a VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION, with the bankruptcy court and request the following relief:   Increase Chapter 13 Payment necessary because of the debtor-husband's increased income.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED, this 24th day of August, 2011.

Respectfully submitted,
Cohen & Cohen, P.C.

_____
Matthew B. Aguero, #40405
Cohen & Cohen, P.C.
1720 S. Bellaire, Suite 205
Denver, CO 80222
303-933-4529
 maguero@cohenlawyers.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 25th day of August, 2011, true and correct copies of this NOTICE OF DEBTOR'S VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION, the VERIFIED MOTION FOR POST CONFIRMATION MODIFICATION and MODIFIED CHAPTER 13 PLAN were placed in the U.S. Mail, first class postage prepaid, addressed as follows:

Castle Meinhold and Stawiarski
999 18th St., Suite 2201
Denver, CO 80202
Attn: Britney Beall-Eder

See Exhibit A

_____
Matthew B. Aguero

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 09-13729-MER<br>District of Colorado<br>Denver<br>Tue Jul  7 11:08:05 MDT 2009 | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2500 | Americas Servicing Co<br>7485 New Horizon Way<br>Frederick, MD 21703-8388 |
| Americas Servicing Co<br>ATTENTION:  BANKRUPTCY<br>1 Home Campus<br>Des Moines, IA 50328-0001 | (p)BELLCO CREDIT UNION<br>P O BOX 6611<br>GREENWOOD VILLAGE CO<br>80155-6611 | Credit Union Of Denver<br>9305 W Alameda Ave<br>Lakewood, CO 80226-2830 |
| Credit Union Of Denver<br>9305 W Alameda Par<br>Lakewood, CO 80226-2830 | ECMC<br>P.O. Box 75906<br>St. Paul, MN 55175-0906 | Encore Receivable Managment, Inc.<br>400 N Rogers Rd<br>P.O. Box 3330<br>Olathe, KS 66063-3330 |
| Gemb/jcp<br>ATTENTION:  BANKRUPTCY DEPARTMENT<br>Po Box 103106<br>Roswell, GA 30076-9106 | Gemb/jcp<br>Po Box 984100<br>El Paso, TX 79998-4100 | HSBC Bank USA, National Association, as Trus<br>3476 Stateview Blvd, MAC# X7801-013<br>Fort Mills, SC 29715-7203 |
| Pacific Marine Cu<br>M C Exchange Complex<br>Camp Pendleton, CA  92055 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |
| United Resource Systems, Inc.<br>10075 West Colfax Ave.<br>Lakewood, CO 80215-3907 | WELLS FARGO FINANCIAL COLORADO, INC.<br>ATTN:  MAC F6582-034<br>PO BOX 500<br>CHESTER, PA 19016-0500 | Wells Fargo Bank  NA<br>4137 121st Street<br>Urbandale IA 50323-2310 |
| Wells Fargo Bank NA on Behalf of CSAC<br>CSAC PO Box 419037<br>Rancho Cordova, CA 95741 | Wells Fargo Bank Nv Na<br>P O Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Bank, N.A.<br>P. O. Box 14469 MAC X2303-01M<br>Des Moines, IA 50306-3469 |
| Wells Fargo Ed Fin Svc<br>301 E 58th St N<br>Sioux Falls, SD 57104-0422 | Wells Fargo Ed Fin Svc<br>ATTN: COLLECTION SERVICING, 1ST FLOOR, M<br>1 Home Campus<br>Des Moines, IA 50328-0001 | Wff Cards<br>3201 N 4th Ave<br>Sioux Falls, SD 57104-0700 |
| Wff Cards<br>ATTN: BANKRUPTCY DEPT<br>2143 East Convention Center Way #20<br>Ontario, CA 91764-4400 | Wffinancial<br>2501 Seaport Dr Ste Bh30<br>Chester, PA 19013-2249 | Anthony Romero II<br>9800 W. Wagon Trail Dr.<br>Denver, CO 80123-7606 |
| Maria Romero<br>9800 W. Wagon Trail Dr.<br>Denver, CO 80123-7606 | Matthew Aguero<br>P.O. Box 621940<br>Littleton, CO 80162-1940 | Sally Zeman<br>Chapter 13 Trustee<br>PO Box 1169<br>Denver, CO 80201-1169 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bellco Credit Union                     (d)Bellco Credit Union
ATTENTION:  BANKRUPTCY                  Pob 6611
Po Box 6611                             Greenwood Vill, CO  80155
Greenwood Village, CO  80155
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HSBC Bank USA, National Association, as Tr    End of Label Matrix
                                                 Mailable recipients    29
                                                 Bypassed recipients     1
                                                 Total                  30
```