IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ANTHONY ROMERO, II | CASE: 09-13729-MER |
| MARIA ROMERO | |

DEBTORS

CHAPTER 13 TRUSTEE'S OBJECTION TO MODIFICATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files her Objection to Modification of the proposed Chapter 13 Plan, and states:

1. The Amended Schedules I and J are inconsistent with the Debtors' plan payments. However, the Debtors did submit an additional Amended Schedule J with their application to incur new debt that reflects a monthly disposable income of $245.07. The Debtors must file the most recent Amended Schedule J with the court.

2. The Trustee reserves the right to report on the Debtors' payment history at any hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny the modified plan in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

September 16, 2011

Respectfully submitted,

s/Aimee Grimsley
Aimee Grimsley  #39723
Attorney for Chapter 13 Trustee,
Sally J. Zeman
P.O. Box 1169
Denver, CO  80201-1169
(303) 830-1971
FAX (303) 830-1973

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above Objection to Modification of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on <u>September 16, 2011</u> addressed as follows:

ANTHONY ROMERO, II
MARIA ROMERO
9800 W. WAGON TRAIL DR.
DENVER, CO 80123

MATTHEW AGUERO
P.O. BOX 621940
LITTLETON, CO 80162


\s\ alg
Chapter 13 Trustee Staff Member