THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Anthony Romero, II<br>Maria Romero<br>DEBTORS | CASE: 09-13729 MER |

WITHDRAWAL OF OBJECTION TO MODIFICATION OF CHAPTER 13 PLAN

    The Standing Chapter 13 Trustee withdraws her objection to modification of Chapter 13 Plan. The issues presented have been resolved.

September 22, 2011

                                                            Respectfully submitted,

                                                             /s/ Aimee Grimsley
                                                             Aimee Grimsley, #39723
                                                             Attorney for Chapter 13 Trustee
                                                             P.O. Box 1169
                                                             Denver, CO 80201
                                                             (303) 830-1971
                                                             (303) 830-1973 FAX

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above Withdrawal of Objection to Modification of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid on September 22, 2011 addressed as follows:

Matthew Aguero
P.O. Box 621940
Littleton, CO 80162

Anthony Romero, II
Maria Romero
9800 W. Wagon Trail Dr.
Denver, CO 80123

                                                             /s/ Anne DeWitt
                                                              Chapter 13 Staff Member