**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Romero, Anthony<br>Romero, Maria<br><br><br>Debtor(s). | Case No. 09-13729<br><br>Chapter 13 |

**CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

On <u>8/24/2011</u>, Movant, field a motion or application pursuant to Local Bankruptcy Rule 202 or 401 entitled <u>Motion to Modify Confirmed Plan</u>. Movant hereby represents and shows the Court:

1. Service of the motion/application was timely made on all interested parties pursuant to L.B.R. 913 as is shown on the affidavit of service previously filed with the motion/application, a copy of which is attached herewith.

2. Service of the notice was timely made on all creditors pursuant to L.B.R. 202(b) or 401(a)(3), whichever applies, (or in the manner permitted by an order of the Court, a copy of which is attached) as is shown on the certificate of service previously filed with the notice, a copy of which is attached herewith.

3. (If this motion/application has been filed pursuant to L.B.R. 401 in a Chapter 13 case) No order confirming the debtor's Chapter 13 plan has been entered.

4. No objections or requests for hearing on the motion/application were received by the undersigned.

WHEREFORE, Movant prays that the Court forthwith enter and order, a form of which is submitted herewith granting the requested relief.

Dated this 23rd day of September, 2011.

                                          Respectfully Submitted,
                                          Cohen & Cohen, P.C.

                                          */s/ Matthew B. Aguero*

                                          Matthew B. Aguero #40505
                                          1720 South Bellaire Ste. 205
                                          Denver, CO 80222
                                          (303) 933-4529

maguero@cohenlawyers.com

| |
|---|
| Court Use Only: the undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirm that no objection to or requests for hearing on the motion have been entered.<br><br>Dated:_____          _____<br>                                                                Signature of Deputy Clerk |