**UNITED STATES BANKRUPTCY COURT**

**District of Colorado (Denver)**

In re:

Debtor(s)

Anthony Romero and Maria Romero

Case No.:     09-13729

Chapter:     13

Loan Number (Last 4):     1309

**NOTICE OF PAYMENT CHANGE**

America's Servicing Co., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | |
|---|---:|
| Change Reason: | ARM |
| Effective Date (first payment): | December 01, 2011 |
| New Interest Rate (if changed): | 3.75% |
| Principal and Interest: | $579.51 |
| Escrow/Optional Insurance/Other: | $220.16 |
| Total New Monthly Payment: | $799.67 |

America's Servicing Co.

MAC X7801-014 3476 Stateview Blvd.

Fort Mill, SC 29715

800-842-7654

Date:     October 12, 2011

By:     /s/ Diana Duarte

    Authorized Filing Agent for Filer

Specific Contact Information:

Jeffrey Hacker

Phone: 800-662-3806

Fax:

Email:

0-db8e0d0a-6e75-4111-a999-0e4608f0da23

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor's Attorney:

Matthew Aguero
P.O. Box 621940
Littleton, CO 80162

Trustee:

Sally Zeman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

/s/ Bill Taylor

As Authorized Agent for Filer

0-db8e0d0a-6e75-4111-a999-0e4608f0da23