United States Bankruptcy Court
District of Colorado

In re:  
Anthony Romero  
Maria Romero  
    Debtors

Case No. 09-13729-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: cramerc     Page 1 of 1     Date Rcvd: Nov 18, 2011  
                     Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2011.  
db/db       +Anthony Romero, II,    Maria Romero,    9800 W. Wagon Trail Dr.,    Denver, CO 80123-7606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2011**                      **Signature:** _/s/ Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:

Anthony A. Romero II
Maria E. Romero

Debtor(s).

Case No.: 09-13729 MER

Chapter 13

**ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN**

    THIS MATTER having come before the court on the Motion to Modify Confirmed Chapter 13 Plan filed by  Anthony and Maria Romero  on **08/24/2010** , at docket no. _67_. Proper notice having been given and no objections having been filed or any objections filed having been withdrawn, it is hereby

    ORDERED that the Motion to Modify Confirmed Chapter 13 Plan is GRANTED.  The Modified Chapter 13 Plan dated **08/24/2011** , at docket no. _67__ is approved.  This order binds those creditors and parties in interest that have been properly served.  The debtors must make payments as specified by the plan as modified.

Dated: November 17, 2011

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge