**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: Romero, Anthony II<br>SSN: xxx-xx-0536<br>    Romero, Maria<br>SSN: xxx-xx-0848<br>  Debtor(s) | Chapter 13<br><br>Case No 09-13729-MER |

**NOTICE OF SUBSTITUTION OF COUNSEL**

NOTICE IS HEREBY GIVEN that the following Substitution of Counsel is made as of the effective date shown below

Parties Represented:

**Anthony and Maria Romero**

Original Counsel/Address
   Matthew B. Aguero,
   1720 South Bellaire Street, Ste 205
   Denver, CO 80222

Substituting Counsel/Address:
   Robertson B. Cohen
   1720 South Bellaire Street, Ste 205
   Denver, CO 80222

Effective Date of the Substitution: August 17th, 2012

DATED: August 17th, 2012

| | |
|---|---|
| By: */s/ Matthew Aguero*<br>Matthew Aguero #40405<br>Cohen & Cohen, PC<br>1720 S. Bellaire Street, Suite 205<br>Denver, CO 80222<br>Phone: 303-933-4529 | By:*/s/ Robertson B Cohen*<br>Robertson B. Cohen #35252<br>Cohen & Cohen, PC<br>1720 S. Bellaire Street, Suite 205<br>Denver, CO 80222<br>Phone 303-933-4529<br>rcohen@cohenlawyers.com |