# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re:

Romero, Anthony II
Romero, Maria

Debtor(s).

Case No.: 09-13729-MER

Chapter 13

## NOTICE OF CHANGE OF ADDRESS

Please check one box below that applies to you:

- ☐ Debtor(s)
- ☐ Creditor(s)
- ☐ Entry of Appearance by Attorney
- ☒ Attorney for Debtor
- ☐ Attorney for Creditor

Robertson B. Cohen, Attorney for Debtor
(Enter Your Name and, if applicable, the Name of the Creditor or Business You Represent)

Cohen and Cohen, PC
(Print or Type the Name of the Person or Business whose Address is Being Changed or Entered)

1720 South Bellaire, Suite 205
(New Street, Rural Route, or Post Office Box)

Denver, CO 80222
(New City, State, and Zip Code)

(New Telephone Number)

Dated this 14th day of May, 2013

Cohen & Cohen, P.C.

/s/Robertson B.Cohen
Robertson B. Cohen, #35252
Cohen & Cohen, P.C.
1720 S Bellaire, Ste 205
Denver, CO 80222
303.933.4529
rcohen@cohenlawyers.com

ATTORNEY FOR DEBTOR(S)