UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                              CHAPTER 13

(Debtors' names)                                    CASE NO: 09-13729-MER

Anthony A Romero II

NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

This Change applies to:
(check the line which applies)    ___ This case only
                                  X All payments for all cases at prior address

Please enter the change of address for the CREDITOR set forth below
in the records of the above captioned case:

Pacific Marine Credit Union
BUSINESS NAME (or) Last name, First name, Middle name
(Please print LEGIBLY or type)

BUSINESS PHONE NUMBER: (760)631-8700 FAX #(877) 789-7628

PO Box 555235 Camp Pendleton CA 92055
********OLD ADDRESS, or address to be replaced *************

1278 Rocky Point Drive, Oceanside CA 92056
NEW ADDRESS, street, rural route or P.O. Box, CITY, STATE and ZIP
(Please print LEGIBLY or type)

Date: 2/21/2014

Signature of person submitting
change of address

INSTRUCTIONS

Fill out form in duplicate
Mail or deliver one copy to each of the addresses below:

U.S. BANKRUPTCY COURT                CHAPTER 13 TRUSTEE
U.S. CUSTOMS HOUSE                   1888 SHERMAN STREET, #750
721 19TH STREET                      DENVER, CO 80203-1169
DENVER, CO 80202-2508                PH 303-830-1971
                                     FX 303-830-1973