UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
ANTHONY ROMERO, II

CASE NO: 09-13729 MER  
CHAPTER 13

MARIA ROMERO

DEBTORS

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:   WELLS FARGO BANK SERVICE CTR  
Trustee Claim No.:   008

Last four (4) digits of any number used to identify the Debtor's account: 0594

Final Cure Amount:

    Amount of Allowed Pre-Petition Arrearage:   $4,999.29

    Amount Paid by Trustee:   $4,999.29

Monthly Ongoing Mortgage Payment is Paid:

    ___ Through the Chapter 13 Trustee conduit     _X_ Direct by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtors' counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code Section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated:  April 3, 2014                    Respectfully submitted,

/s/Sally J. Zeman  
Sally J. Zeman #15319  
Standing Chapter 13 Trustee  
P.O. Box 1169  
Denver, CO 80201-1169  
303-830-1971  
303-830-1973 Fax

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                     CASE NO:  09-13729 MER
ANTHONY ROMERO, II                       CHAPTER 13

MARIA ROMERO

DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

| WELLS FARGO BANK SERVICE CTR HOME EQUITY PMT PROC-MACB6955-01B P.O. BOX 31557 BILLINGS, MT 59107 | ANTHONY ROMERO, II and MARIA ROMERO 9800 W. WAGON TRAIL DR. DENVER, CO 80123 | COHEN & COHEN PC ROBERTSON  B  COHEN 1720 S. BELLAIRE STREET #205 DENVER, CO 80222 |
|---|---|---|
| WELLS FARGO BANK, NA PO BOX 14469 MAC X2304-01M DES MOINES, IA 50306-9655 | | CORPORATION SERVICE COMPANY AGENT FOR WELLS FARGO BANK, NATIONAL ASSOCIATION 1560 BROADWAY #2090 DENVER, CO 80202 |

Dated:  April 3, 2014                 /s/Paula W.
                                                    Chapter 13 Staff