UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
ANTHONY ROMERO, II  

MARIA ROMERO  

DEBTORS

CASE NO: 09-13729 MER  
CHAPTER 13

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:    HSBC BANK USA AS TRUSTEE  
Trustee Claim No.:   006

Last four (4) digits of any number used to identify the Debtor's account: 1309

<u>Final Cure Amount:</u>

    Amount of Allowed Pre-Petition Arrearage:  $4,557.87

    Amount Paid by Trustee:   $5,376.00

<u>Monthly Ongoing Mortgage Payment is Paid:</u>

    ___ Through the Chapter 13 Trustee conduit       _X_ Direct by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtors' counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code Section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: April 3, 2014                     Respectfully submitted,

/s/Sally J. Zeman  
Sally J. Zeman #15319  
Standing Chapter 13 Trustee  
P.O. Box 1169  
Denver, CO 80201-1169  
303-830-1971  
303-830-1973 Fax

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
ANTHONY ROMERO, II

CASE NO: 09-13729 MER  
CHAPTER 13

MARIA ROMERO

DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

| | | |
|---|---|---|
| HSBC BANK USA AS TRUSTEE<br>3476 STATEVIEW BLVD<br>MAC # X7801-013<br>FORT MILLS, SC 29715-7200 | ANTHONY ROMERO, II and MARIA ROMERO<br>9800 W. WAGON TRAIL DR.<br>DENVER, CO 80123 | COHEN & COHEN PC<br>ROBERTSON B COHEN<br>1720 S. BELLAIRE STREET #205<br>DENVER, CO 80222 |
| CASTLE LAW<br>ATTN: BRITNEY BEALL-EDER<br>ATTORNEYS FOR HSBC BANK USA<br>999 18TH ST #2201<br>DENVER, CO 80202 | AMERICAS SERVICING CO<br>7485 NEW HORIZON WAY<br>FREDERICK, MD 21703 | AMERICAS SERVICING CO<br>ATTN: BANKRUPTCY<br>1 HOME CAMPUS<br>DES MOINES, IA 50328 |
| CORPORATION SERVICE COMPANY<br>AGENT FOR AMERICAS SERVICING COMPANY<br>1560 BROADWAY #2090<br>DENVER, CO 80202 | AVANGELA WIGGINS<br>VP OF LOAN DOCUMENTATION<br>AMERICA'S SERVICING CO<br>MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SC 29715 | |

Dated:  April 3, 2014              /s/Paula W.  
                                                Chapter 13 Staff