Certificate Number: 15317-CO-DE-023165369

Bankruptcy Case Number: 09-13729



15317-CO-DE-023165369

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 9, 2014</u>, at <u>11:31</u> o'clock <u>AM PDT</u>, <u>Anthony A Romero</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date: <u>April 9, 2014</u>   By:   <u>/s/Grace Casquejo</u>

Name:  <u>Grace Casquejo</u>

Title:  <u>Certified Counselor</u>