Certificate Number: 15317-CO-DE-023165370

Bankruptcy Case Number: 09-13729



15317-CO-DE-023165370

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 9, 2014, at 11:31 o'clock AM PDT, Maria E Romero completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date:  April 9, 2014          By:   /s/Grace Casquejo

                              Name: Grace Casquejo

                              Title: Certified Counselor

Case:09-13729-MER   Doc#:87   Filed:04/10/14   Entered:04/10/14 08:17:12   Page1 of 1