LOCAL BANKRUPTCY FORM 3015-1.11

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
ANTHONY ROMERO, II

MARIA ROMERO

CASE NO: 09-13729 MER  
CHAPTER 13

DEBTORS

## CHAPTER 13 DEBTOR'S CERTIFICATION TO OBTAIN DISCHARGE PURSUANT TO 11 U.S.C. § 1328

I, ANTHONY ROMERO, II, certify that: (check the appropriate statements)

1. Plan Payments:

[X] I have completed all payments and obligations required by my Chapter 13 Plan.

2. Domestic Support Obligations:

[X] I have no domestic support obligations.

[ ] During the pendancy of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.

[ ] I have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302(d)(1)(c).

3. Valuation of Collateral Pursuant to 11 U.S.C. § 506  N/A

[ ] N/A  I previously filed a *Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506* (docket no. ____) as to the real property described below. The Motion was granted on __N/A_____, (docket no. ____).  
(month/day/year)

4.  Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).

*Complete both A and B (place a check mark where applicable).

A.  ( X̲ I have not ) (_____ I have) been convicted of a felony (as defined in section 3156 of title 18).  See 11 U.S.C. § 522(q)(1)(A).

B.  (_X̲_ There are no) (_____ There are) pending proceedings in which I may be found guilty of a felony of the kind described in Section 522(q)(1)(A) or liable for a debt of the kind described in Section 522(q)(1)(B).

5.  Personal Financial Management Course

[X] I have completed an instructional course in personal financial management and the certification of completion has been filed.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: _4/9/2014_    By: _[signature]_
                        Signature of debtor

ANTHONY ROMERO, II
9800 W. WAGON TRAIL DR.
DENVER, CO 80123
Telephone number: 303-877-9783
Facsimile number: _____
E-mail address: maria_romero2004@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Chapter 13 Debtor's Certification to Obtain Discharge was served by placing the same in the United States Mail, first class postage pre-paid, this _4/10/2014_ to the following:
(month/day/year)

```
Sally J. Zeman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201
```

LOCAL BANKRUPTCY FORM 3015-1.11

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
ANTHONY ROMERO, II  

MARIA ROMERO  

CASE NO: 09-13729 MER  
CHAPTER 13  

DEBTORS

## CHAPTER 13 DEBTOR'S CERTIFICATION TO OBTAIN DISCHARGE PURSUANT TO 11 U.S.C. § 1328

I, MARIA ROMERO, certify that: (check the appropriate statements)

1. **Plan Payments:**

   [X] I have completed all payments and obligations required by my Chapter 13 Plan.

2. **Domestic Support Obligations:**

   [X] I have no domestic support obligations.

   [ ] During the pendancy of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.

   [ ] I have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302(d)(1)(c).

3. Valuation of Collateral Pursuant to 11 U.S.C. § 506  N/A

   [ ] I previously filed a *Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506* (docket no. ____) as to the real property described below. The Motion was granted on __N/A__, (docket no. ____).  
   N/A                                  (month/day/year)

4. Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).

*Complete both A and B (place a check mark where applicable).

A. ( X I have not ) ( ___ I have) been convicted of a felony (as defined in section 3156 of title 18). See 11 U.S.C. § 522(q)(1)(A).

B. ( ✓ There are no) ( ___ There are) pending proceedings in which I may be found guilty of a felony of the kind described in Section 522(q)(1)(A) or liable for a debt of the kind described in Section 522(q)(1)(B).

5. Personal Financial Management Course

[X] I have completed an instructional course in personal financial management and the certification of completion has been filed.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 4/9/14    By: _Maria E Romero_
Signature of joint debtor

MARIA ROMERO
9800 W. WAGON TRAIL DR.
DENVER, CO 80123
Telephone number: 303-877-9852
Facsimile number: ___
E-mail address: Maria_romero2000@yahoo.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Chapter 13 Debtor's Certification to Obtain Discharge was served by placing the same in the United States Mail, first class postage pre-paid, this 4/10/2014 to the following:
(month/day/year)

```
Sally J. Zeman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201
```