```
                              United States Bankruptcy Court
                                   District of Colorado

In re:                                                         Case No. 09-13729-MER
Anthony Romero                                                 Chapter 13
Maria Romero
        Debtors                     CERTIFICATE OF NOTICE
District/off: 1082-1          User: roneyp                 Page 1 of 2                  Date Rcvd: May 05, 2014
                              Form ID: 785                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2014.
db/db       +Anthony Romero, II,    Maria Romero,    9800 W. Wagon Trail Dr.,    Denver, CO 80123-7606
10710623    +Americas Servicing Co,    7485 New Horizon Way,    Frederick, MD 21703-8388
10710624    +Americas Servicing Co,    ATTENTION: BANKRUPTCY,    1 Home Campus,   Des Moines, IA 50328-0001
10710629    +Encore Receivable Managment, Inc.,    400 N Rogers Rd,    P.O. Box 3330,   Olathe, KS 66063-3330
10789182     HSBC Bank USA, National Association, as Trustee,    3476 Stateview Blvd, MAC# X7801-013,
              Fort Mills, SC 29715-7200
10710633    +United Resource Systems, Inc.,    10075 West Colfax Ave.,    Lakewood, CO 80215-3907
10760387     Wells Fargo Bank NA on Behalf of CSAC,    CSAC PO Box 419037,    Rancho Cordova, CA 95741
10863063    +Wells Fargo Bank, N.A.,    P. O. Box 14469 MAC X2303-01M,    Des Moines, IA 50306-3469
10710637    +Wff Cards,   3201 N 4th Ave,    Sioux Falls, SD 57104-0700
10710638    +Wff Cards,   ATTN: BANKRUPTCY DEPT,    2143 East Convention Center Way #200,
              Ontario, CA 91764-5451
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: IRS.COM May 06 2014 00:08:00      IRS,   600 17th St.,    Stop 5027 DEN,   Denver, CO  80202
10710626     E-mail/Text: BANKRUPTCY@BELLCO.ORG May 06 2014 00:08:08      Bellco Credit Union,
              ATTENTION: BANKRUPTCY,    Po Box 6611,    Greenwood Village, CO  80155
10710625     E-mail/Text: BANKRUPTCY@BELLCO.ORG May 06 2014 00:08:08      Bellco Credit Union,    Pob 6611,
              Greenwood Vill, CO  80155
10710628    +E-mail/PDF: BANKRUPTCY@CUDENVER.COM May 06 2014 00:20:55      Credit Union Of Denver,
              9305 W Alameda Par,    Lakewood, CO 80226-2830
10710627    +E-mail/PDF: BANKRUPTCY@CUDENVER.COM May 06 2014 00:20:55      Credit Union Of Denver,
              9305 W Alameda Ave,    Lakewood, CO 80226-2830
10848394    +EDI: ECMC.COM May 06 2014 00:09:00      ECMC,   P.O. Box 75906,    St. Paul, MN 55175-0906
13905619    +EDI: RESURGENT.COM May 06 2014 00:08:00      East Bay Funding, LLC,
              c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
10710631    +EDI: RMSC.COM May 06 2014 00:08:00      Gemb/jcp,    ATTENTION: BANKRUPTCY DEPARTMENT,
              Po Box 103106,    Roswell, GA 30076-9106
10710630     EDI: RMSC.COM May 06 2014 00:08:00      Gemb/jcp,    Po Box 984100,   El Paso, TX  79998
11162513     EDI: PRA.COM May 06 2014 00:09:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541
10710632    +E-mail/Text: bankruptcy@pmcu.com May 06 2014 00:08:30      Pacific Marine Cu,
              1278 Rocky Point Dr.,    Oceanside, CA 92056-5867
10925639     EDI: RESURGENT.COM May 06 2014 00:08:00      Roundup Funding, LLC,    MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
10843783    +EDI: WFFC.COM May 06 2014 00:08:00      Wells Fargo Bank  NA,   4137 121st Street,
              Urbandale IA 50323-2310
10710634    +EDI: WFFC.COM May 06 2014 00:08:00      Wells Fargo Bank Nv Na,    P O Box 31557,
              Billings, MT 59107-1557
10710636    +EDI: WFFC.COM May 06 2014 00:08:00      Wells Fargo Ed Fin Svc,
              ATTN: COLLECTION SERVICING, 1ST FLOOR, M,    1 Home Campus,    Des Moines, IA 50328-0001
10710635    +EDI: WFFC.COM May 06 2014 00:08:00      Wells Fargo Ed Fin Svc,    301 E 58th St N,
              Sioux Falls, SD 57104-0422
10739249     EDI: WFFC.COM May 06 2014 00:08:00      Wells Fargo Financial Colorado, Inc.,
              Bankruptcy Department,    13675 Technology Dr.,    Bldg. C, 2nd Flr.,
              Eden Prairie, MN  55344-2252
10710639    +EDI: WFFC.COM May 06 2014 00:08:00      Wffinancial,    2501 Seaport Dr Ste Bh30,
              Chester, PA 19013-2249
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10850764*    +ECMC,   P.O. Box 75906,    St. Paul, MN 55175-0906
10768527*     Wells Fargo Bank NA on Behalf of CSAC,    CSAC PO Box 419037,    Rancho Cordova, CA 95741
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 1082-1          User: roneyp              Page 2 of 2              Date Rcvd: May 05, 2014
                              Form ID: 785              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2014 at the address(es) listed below:
              Deanna* L. Westfall    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee
               cmsbnk@cmsatty.com
              Douglas D. Koktavy    on behalf of Creditor    Wells Fargo Financial Colorado, Inc.
               doug@coloradocreditorlaw.com, Support@ColoradoCreditorLaw.com
              Judy  Messenbrink    on behalf of Creditor    Bellco Credit Union bankruptcy@bellco.org
              Katharine* E. Fisher    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee
               cmsbnk@cmsatty.com, tself@cmsatty.com
              Robertson B. Cohen    on behalf of Debtor Maria  Romero rcohen@cohenlawyers.com
              Robertson B. Cohen    on behalf of Debtor Anthony  Romero, II rcohen@cohenlawyers.com
              Sally  Zeman    mail@ch13colorado.com, szeman@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*b18w_13ac COB Form #785* (06/10)

# United States Bankruptcy Court
### District of Colorado
Case No. **09–13729–MER**
**Chapter 13**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Romero II<br>aka(s), if any will be listed on the last page.<br>9800 W. Wagon Trail Dr.<br>Denver, CO 80123 | Maria Romero<br>aka(s), if any will be listed on the last page.<br>9800 W. Wagon Trail Dr.<br>Denver, CO 80123 |

Social Security No.:
  xxx–xx–0536                                                          xxx–xx–0848

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

Discharge Date: 5/5/14

BY THE COURT
s/ Michael E. Romero
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18W_13ac continued (08/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**Liens that are Extinguished**

Pursuant to 11 U.S.C. Section 506(d), if an Order entered in this case valuing a creditor's secured claim at $0, the lien is extinguished by operation of law upon the entry of the debtor's discharge.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

## Aliases Page

**Debtor aka(s):**
No Aliases for Debtor

**Joint Debtor aka(s):**
No Aliases for Joint Debtor